**ROSEN ✦ SABA, LLP**
RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
ALLISON OWENS, ESQ. (State Bar No. 347908)
aowens@rosensaba.com
2310 Rosecrans Ave, Suite 3180
El Segundo, CA 90245
Telephone:   (310) 285-1727
Facsimile:    (310) 285-1728

JASON A. MASIMORE, ESQ. (*pro hac vice forthcoming*)
jason.masimore@brodbeckslaw.com
BRODBECKS LAW, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (347) 804-1093

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NIELS TROOST; PARAMOUNT ENERGY & COMMODITIES SA, in liquidation; PARAMOUNT ENERGY AND COMMODITIES DMCC; PARAMOUNT ENERGY & COMMODITIES, INC.; and EZI-DIAROC HOLDING SA,<br><br>Plaintiffs,<br><br>vs.<br><br>GAURAV SRIVASTAVA a/k/a "G"; SHARON SRIVASTAVA; NICOLAS BRAVARD; CEDAR WEST VENTURES, LLC; UNITY RESOURCES GROUP, INC.; ORBIMO CORPORATION; UNICOM WORLDWIDE, INC.; 1234 HOLDING SA; BIRDSONG CENTRAL LLC; AURORA POINT LLC; THE GAURAV SRIVASTAVA FOUNDATION, f/k/a The Gaurav and Sharon Srivastava Family Foundation; GLOBAL ENERGY LAW GROUP PC; OWEN ONOUYE; THOMAS GIORDANO-LASCARI; and JOHN MAGUIRE,<br><br>Defendants. | Case No.:<br><br>**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |



# PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

## I.     Rule 7.1 Corporate Disclosure Statements

1. Plaintiff Paramount Energy & Commodities, Inc. ("Paramount Inc."), by and through undersigned counsel, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1: Paramount Inc. is a Wyoming corporation.  It is a subsidiary of Paramount Energy & Commodities SA, which owns 100% of Paramount Inc.  No publicly held corporation owns 10% or more of the stock of Paramount Inc.

2. Plaintiff Paramount Energy and Commodities DMCC ("PDMCC"), by and through undersigned counsel, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1: PDMCC is a UAE company based in the Dubai Multi Commodities Centre.  It is a subsidiary of Paramount Energy & Commodities SA, which owns 100% of PDMCC.  No publicly held corporation owns 10% or more of the stock of PDMCC.

3. Plaintiff Paramount Energy & Commodities SA, in liquidation ("PECSA"), by and through undersigned counsel, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1: PECSA is a Swiss company based in Geneva.  It is currently in liquidation proceedings in Switzerland.  It is a subsidiary of EZI-DIAROC Holding SA which owns 100% of PECSA.  No publicly held corporation owns 10% or more of the stock of PECSA.

4. Plaintiff Ezi-Diaroc Holding SA ("EZI"), by and through undersigned counsel, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1: EZI is a Swiss company based in Geneva.  It is 100% owned by Niels Troost.  No publicly held corporation owns 10% or more of the stock of EZI.

## II.     Notice of Interested Parties

5. The undersigned, counsel of record for each of the Plaintiffs, certifies pursuant to L.R. 7.1-1 that the following listed parties may have a pecuniary interest in the outcome of this case:

    a. Paramount Energy & Commodities, Inc. (Plaintiff claiming damages)



      b.  Paramount Energy and Commodities DMCC (Plaintiff claiming damages)

      c.  Paramount Energy & Commodities SA (Plaintiff claiming damages and sole owner of Plaintiffs Paramount Inc. and PDMCC)

      d.  Ezi-Diaroc Holding SA (Plaintiff claiming damages and sole owner of Plaintiff PECSA)

      e.  Niels Troost (Plaintiff claiming damages and sole owner of EZI).

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED:  January 21, 2026

ROSEN ✦ SABA, LLP

By: _____
RYAN D. SABA, ESQ.
ALLISON OWENS, ESQ.
Attorneys for Plaintiffs