AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:26-cv-00631

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Aurora Point LLC

was received by me on *(date)*   02/20/2026   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Anjoli Armstrong at 2:25 pm   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Paracorp Incorporated

located at 2140 S DuPont Highway, Camden DE 19934   on *(date)*  02/20/2026   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  2/10/26

_____
Server's signature

Sean Boykevich-Process Server
_____
Printed name and title

Parcels, Inc. 1111B South Governors Avenue
Dover, DE 19904

_____
Server's address

Additional information regarding attempted service, etc:  Document served:

Summons (DKT #38-1);2. Complaint (DKT #1);3. Civil Case Cover Sheet
(DKT# 1-1);4. Plaintiffs' Rule 7.1 Disclosure Statement and Notice
ofInterested Parties (DKT #2);5. Notice of Assignment to United States
Judge (DKT #4);6. Notice to Parties of Court-Directed ADR Program (DKT
#5);7. Notice to Counsel Re Consent to Proceed Before a United States
Magistrate Judge (DKT# 6); and 8. Standing Order for Civil Cases
Assigned to Judge Anne Hwang (DKT #7);