POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| RYAN D. SABA, ESQ. (State Bar No. 192370)<br>ROSEN SABA, LLP<br>2301 Rosecrans Avenue, Suite 3180  El Segundo, CA 90245<br><br>TELEPHONE NO.: (310) 285-1727 \| FAX NO. (310) 285-1728 \| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: 350 W. FIRST STREET

MAILING ADDRESS:

CITY AND ZIP CODE: LOS ANGELES, CA 90012

BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF: NIELS TROOST | CASE NUMBER: |
|---|---|
| DEFENDANT: GAURAV SRIVASTAVA | |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2:26-cv-00631 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐ Summons

   b. ☐ Complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet  *(served in complex cases only)*

   e. ☐ Cross-complaint

   f. ☑ other *(specify documents)*: **See attached Document List**

3. a. Party served *(specify name of party as shown on documents served)*:
      **BRIDSONG CENTRAL LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      **Ayanna Anderson - Authorized to Accept**

4. Address where the party was served: **Paracorp Incorporated**
   **2804 GATEWAY DRIVE, STE.**
   **Sacramento, CA 95833**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **2/19/2026**  (2) at *(time)*: **1:53 PM**

   b. ☐ **by substituted service.**  On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:  from *(city)*:  **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/64727** |
|---|---|---|

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017
Phone: (213) 488-1500   Fax: (213) 624-0022

Continued from Proof of Service

**CLIENT:**   ROSEN SABA, LLP

**CLIENT FILE #:**   2:26-cv-00631                     **DATE:**  February 23, 2026

**SUBJECT:**   BRIDSONG CENTRAL LLC

Summons (DKT #38-1); Complaint (DKT #1); Civil Case Cover Sheet (DKT# 1-1); Plaintiffs' Rule 7.1 Disclosure Statement and Notice ofInterested Parties (DKT #2); Notice of Assignment to United States Judge (DKT #4); Notice to Parties of Court-Directed ADR Program (DKT #5); Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge (DKT# 6); and Standing Order for Civil Cases Assigned to Judge Anne Hwang (DKT #7);



PETITIONER: **NIELS TROOST**

RESPONDENT: **GAURAV SRIVASTAVA**

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                              (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of *(specify):*

under the following Code of Civil Procedure section:

☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                          ☐ other:

7. **Person who served papers**

a. Name: **Ricky Seibel - Apex Legal Services**

b. Address: **611 Wilshire Boulevard, Ste 700  Los Angeles, CA 90017**

c. Telephone number: **(213) 488-1500**

d. **The fee** for service was: **$ .00**

e. I am:

(1) ☐ not a registered California process server.

(2) ☑ exempt from registration under Business and Professions Code section 22350(b).

(3) ☑ registered California process server:
  (i) ☐ owner    ☐ employee    ☑ independent contractor.
  (ii) Registration No.: **2021-041**
  (iii) County: **Sacramento**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/23/2026**

**Apex Legal Services
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017
(213) 488-1500**

**Ricky Seibel**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

POS-010 [Rev January 1, 2007]           **PROOF OF SERVICE OF SUMMONS**         Page 2 of 2
                                                  **POS-010/64727**