POS-010

| | |
|---|---|
| *Attorney or Party without Attorney:* <br> RYAN D. SABA, ESQ. (State Bar No. 192370) <br> ROSEN SABA, LLP <br> 2301 Rosecrans Avenue, Suite 3180 <br> El Segundo, CA 90245 <br> *TELEPHONE No.:* (310) 285-1727      *FAX No. (Optional):* (310) 285-1728 <br> *Attorney for: Plaintiffs* | *FOR COURT USE ONLY* |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: 350 W. FIRST STREET

MAILING ADDRESS:

CITY AND ZIP CODE: LOS ANGELES, CA 90012

BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF: NIELS TROOST | CASE NUMBER: <br> 2:26-cv-00631-AH-MAR |
| DEFENDANT: GAURAV SRIVASTAVA | |

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> Troost |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐ Summons

   b. ☐ Complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ Cross-complaint

   f. ☑ other *(specify documents):* **See attached Document List**

3. a. Party served *(specify name of party as shown on documents served):*

   **Cedar West Ventures, LLC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under
   item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **Tatiyana Smith - Authorized to Accept**

4. Address where the party was served: **NATIONALREGISTEREDAGENTS,INC.**

   **1209 ORANGE STREET WILMINGTON**

   **WILMINGTON, DE 19801**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
   receive service of process for the party (1) on *(date):* **2/19/2026** (2) at *(time):* **11:17 AM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or
   in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the
      person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of
      abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address
      of the person to be served, other than a United States Postal Service post office box. I informed him of her of the
      general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the
      place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      *(date):* from *(city):*                                          **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| | | |
|---|---|---|
| Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> **POS010-1/64682** |

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017
Phone: (213) 488-1500   Fax: (213) 624-0022

Continued from Proof of Service

**CLIENT:**   ROSEN SABA, LLP

**CLIENT FILE #:**   Troost                                    **DATE:**   March 3, 2026

**SUBJECT:**   Cedar West Ventures, LLC

Summons (DKT #38-3); Complaint (DKT #1); Civil Case Cover Sheet (DKT# 1-1); Plaintiffs' Rule 7 .1 Disclosure Statement and Notice ofInterested Parties (DKT #2); Notice of Assignment to United States Judge (DKT #4); Notice to Parties of Court-Directed ADR Program (DKT #5); Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge (DKT# 6); and Standing Order for Civil Cases Assigned to Judge Anne Hwang (DKT #7).



Order#: 64682/DocAtt2010

| PETITIONER:  NIELS TROOST | |
|---|---|
| RESPONDENT:  GAURAV SRIVASTAVA | 2:26-cv-00631-AH-MAR |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                  (2) from  *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of  *(specify):*

  c. ☐ as occupant.

  d. ☐ On behalf of  *(specify):*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

  a. Name:  **Lisa Joyner - Apex Legal Services**

  b. Address:  **611 Wilshire Boulevard, Ste 700  Los Angeles, CA 90017**

  c. Telephone number:  **(213) 488-1500**

  d. **The fee** for service was: **$ .00**

  e. I am:

   (1) ☑ not a registered California process server.

   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

   (3) ☐ registered California process server:

     (i) ☐ owner     ☐ employee     ☐ independent contractor.

     (ii) Registration No.:  **-**

     (iii) County:  **-**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  **3/3/2026**

**Apex Legal Services**
**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**
**(213) 488-1500**

APEX
LEGAL SERVICES

| **Lisa Joyner** | ▶ | *L. JOYNER* |
|---|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | | (SIGNATURE) |