| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Ryan D. Saba, Esq. \| SBN: 192370<br>ROSEN SABA, LLP<br>2301 Rosecrans Avenue, Suite 3180   El Segundo, CA 90245<br><br>TELEPHONE NO.: (310) 285-1727 \| FAX NO. (310) 285-1728 \| E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintff: NIELS TROOST | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: 350 W. FIRST STREET

MAILING ADDRESS:

CITY AND ZIP CODE: LOS ANGELES, CA 90012

BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF:  NIELS TROOST; et al. | CASE NUMBER: |
|---|---|
| DEFENDANT:  GA URA V SRIVASTAVA a/k/a "G"; SHARON SRIVASTAVA; et al. | 2:26-cv-00631 AH (MARx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Troost |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet  *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents):* **PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; STANDING ORDER FOR CIVIL CASESASSIGNED TO JUDGE ANNE HWANG**

3. a. Party served *(specify name of party as shown on documents served):*
   **GLOBAL ENERGY LAW GROUP PC**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **Owen Onouye - Registered agent for service.**

4. Address where the party was served: **Global Energy Law Group, PC**
   **5901 W CENTURY BLVD SUITE 750**
   **LOS ANGELES, CA 90045**

5. I served the party *(check proper box)*
   a. ☐ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*

   b. ☑ **by substituted service.** On *(date):* **2/18/2026**  at  *(time):* **2:36 PM**  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
   **Jane Doe - Receptionist**

   Age: 45 Race: Black Sex: Female Height: 5'7" Weight: 150 Hair: Black

   (1) ☑ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

   (4) ☑ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* **2/19/2026**  from *(city):* **Los Angeles**       **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

**POS010-1/64680**

PETITIONER: NIELS TROOST, et al.

RESPONDENT: GA URA V SRIVASTAVA a/k/a "G"; SHARON SRIVASTAVA; et al.

| | 2:26-cv-00631 AH (MARx) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                         (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*) (Code Civ. Proc., § 415.30.)*

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **GLOBAL ENERGY LAW GROUP PC**
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☑ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: **Daniel Mikulasch - Apex Legal Services**

b. Address: **611 Wilshire Boulevard, Ste 700 Los Angeles, CA 90017**

c. Telephone number: **(213) 488-1500**

d. **The fee** for service was: **$ .00**

e. I am:

    (1) ☐ not a registered California process server.

    (2) ☑ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ registered California process server:
        (i) ☐ owner ☑ employee ☐ independent contractor.
        (ii) Registration No.: **2020-059452**
        (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/23/2026**

**Apex Legal Services**
**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**
**(213) 488-1500**

APEX
LEGAL SERVICES

_____
**Daniel Mikulasch**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)