Case 2:26-cv-00631-AH-MAR   Document 43   Filed 03/04/26   Page 1 of 2   Page ID #:264

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number, and address):*     *FOR COURT USE ONLY*

Ryan D. Saba, Esq. | SBN: 192370
ROSEN SABA, LLP
2301 Rosecrans Avenue, Suite 3180   El Segundo, CA 90245

TELEPHONE NO.: (310) 285-1727 | FAX NO. (310) 285-1728 | E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Plaintiff:

## UNITED STATES DISTRICT COURT

STREET ADDRESS: 350 W. FIRST STREET

MAILING ADDRESS:

CITY AND ZIP CODE: LOS ANGELES, CA 90012

BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF: NIELS TROOST; PARAMOUNT ENERGY & COMMODITIES SA, in liquidation; et al. <br><br> DEFENDANT: GAURA V SRIVASTAVA a/k/a "G"; SHARON SRIVASTAVA; NICOLAS BRAVARD; et al. | CASE NUMBER: <br> 2:26-cv-00631 AH (MARx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> Troost v. Gaurav, et al |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☑ Summons

   b. ☑ Complaint

   c. ☑ Alternative Dispute Resolution (ADR) package

   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*

   e. ☐ Cross-complaint

   f. ☑ other *(specify documents):* **Letter dated 2/12/26; Plaintiffs' Rule 7.1 Disclosure Statement and Notice ofInterested Parties;Notice of Assignment to United States Judge; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Standing Order for Civil Cases Assigned to Judge Anne Hwang**

3. a. Party served *(specify name of party as shown on documents served):*

   **ORBIMO CORPORATION**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

   **Gaurav Srivastava, Director - c/o Dora Flores, Authorized to accept service.**

   **Age: 40 Race: Hispanic Sex: Female Height: 5'8" Weight: 160 Hair: Black**

4. Address where the party was served: **1609 CRAVENS AVE
   TORRANCE, CA 90501**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **2/19/2026** (2) at *(time):* **2:17 PM**

   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*    **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

**POS010-1/64705**

| PETITIONER: NIELS TROOST; PARAMOUNT ENERGY & COMMODITIES SA; in liquidation; et al. | CASE NUMBER: |
|---|---|
| RESPONDENT: GAURA V SRIVASTAVA a/k/a "G"; SHARON SRIVASTAVA; NICOLAS BRAVARD; et al. | 2:26-cv-00631 AH (MARx) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☑ On behalf of *(specify):* **ORBIMO CORPORATION**
under the following Code of Civil Procedure section:

| | |
|---|---|
| ☑ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: **OMAR TAMARIZ - Apex Legal Services**

b. Address: **611 Wilshire Boulevard, Ste 700  Los Angeles, CA 90017**

c. Telephone number: **(213) 488-1500**

d. **The fee** for service was: **$ .00**

e. I am:

   (1) ☐ not a registered California process server.

   (2) ☑ exempt from registration under Business and Professions Code section 22350(b).

   (3) ☑ registered California process server:
      (i) ☐ owner    ☐ employee    ☑ independent contractor.
      (ii) Registration No.: **2023-157471**
      (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/2/2026**

**Apex Legal Services
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017
(213) 488-1500**

APEX
LEGAL SERVICES

**OMAR TAMARIZ**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)