**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| RYAN D. SABA, ESQ. (State Bar  No. 19237<br>ROSEN SABA, LLP<br>2301 Rosecrans Avenue, Suite 3180   El Segundo, CA 90245<br><br>TELEPHONE NO.: (310) 285-1727 \| FAX NO. (310) 285-1728 \| E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 350 W. FIRST STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| PLAINTIFF:  NIELS TROOST | CASE NUMBER: |
| DEFENDANT:  GAURAV SRIVASTAVA | 2:26-cv-00631-AH-MAR |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Troost |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:

    a.  ☐  Summons

    b.  ☐  Complaint

    c.  ☐  Alternative Dispute Resolution (ADR) package

    d.  ☐  Civil Case Cover Sheet  *(served in complex cases only)*

    e.  ☐  Cross-complaint

    f.  ☑  other *(specify documents)*:  **See attached Document List**

3.  a.  Party served *(specify name of party as shown on documents served)*:

    **Thomas Giordan-Lascari**

    b.  ☑  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4.  Address where the party was served:  **Greenberg Glusker LLP, Agents for Service of Process**
    **2049 CENTURY PARK E STE 2600**
    **LOS ANGELES, CA 90067**

5.  I served the party *(check proper box)*

    a.  ☐  **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*     (2) at *(time):*

    b.  ☑  **by substituted service.**  On *(date):* **2/18/2026**  at  *(time):* **12:54 PM**  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:
    **Ronald Hernandez - Authorized to Accept/Person in Charge**
    **Age: 45 Race: Hispanic Sex: Male Height: 5.7 Weight: 170 Hair: Black**

    (1)  ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

    (2)  ☑  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

    (3)  ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

    (4)  ☑  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
    *(date):* **2/18/2026**  from *(city):* **Los Angeles**                       **or**  ☐  a declaration of mailing is attached.

    (5)  ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>**POS010-1/64678** |

**Apex Legal Services**

611 Wilshire Boulevard, Ste 700

Los Angeles, CA 90017

Phone: (213) 488-1500    Fax: (213) 624-0022

Continued from Proof of Service

**CLIENT:**   ROSEN SABA, LLP

**CLIENT FILE #:**   Troost                                      **DATE:**   March 27, 2026

**SUBJECT:**   Thomas Giordan-Lascari

**SERVED:**   Ronald Hernandez - Authorized to Accept/Person in Charge

Summons (DKT #38-11);  Complaint (DKT #1); Civil Case Cover Sheet (DKT# 1-1); Plaintiffs' Rule 7.1 Disclosure Statement and Notice ofInterested Parties (DKT #2); Notice of Assignment to United States Judge (DKT #4); Notice to Parties of Court-Directed ADR Program (DKT #5); Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge (DKT# 6); and Standing Order for Civil Cases Assigned to Judge Anne Hwang (DKT #7).



Order#: 64678/DocAtt2010

PETITIONER: NIELS TROOST

RESPONDENT: GAURAV SRIVASTAVA

CASE NUMBER:
2:26-cv-00631-AH-MAR

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                         (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of *(specify):*
under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)

    ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)

    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)

    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)

    ☐ 416.50 (public entity)             ☐ 415.46 (occupant)

                              ☐ other:

7. **Person who served papers**

a. Name: **KIRLIAN RIVAS - Apex Legal Services**

b. Address: **611 Wilshire Boulevard, Ste 700  Los Angeles, CA 90017**

c. Telephone number: **(213) 488-1500**

d. **The fee** for service was: **$ .00**

e. I am:

    (1) ☐ not a registered California process server.

    (2) ☑ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☑ registered California process server:

        (i) ☐ owner   ☑ employee   ☐ independent contractor.

        (ii) Registration No.: **PSC - 6495**

        (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/27/2026**

**Apex Legal Services**
**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**
**(213) 488-1500**

APEX
LEGAL SERVICES

_____
**KIRLIAN RIVAS**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE)

POS-010 [Rev January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**         Page 2 of 2

**POS-010/64678**