Paul B. Salvaty (Bar No. 171507)
Email: psalvaty@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendants Cedar West Ventures, LLC, Orbimo Corporation, Birdsong Central LLC, Aurora Point LLC, and The Gaurav Srivastava Foundation f/k/a The Gaurav and Sharon Srivastava Family Foundation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NIELS TROOST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAURAV SRIVASTAVA, et al., <br><br> Defendants. | Case No. 2:26-cv-00631-AH-MAR <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint served:  February 19, 2026; February 20, 2026 <br><br> Current response date: March 12, 2026; March 13, 2026 <br><br> New response date:  April 10, 2026 |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rule 8-3, by and through Plaintiffs Niels Troost, Paramount Energy & Commodities SA, Paramount Energy and Commodities DMCC, Paramount Energy & Commodities, Inc., and Ezi-Diaroc Holdings SA (collectively, "Plaintiffs"), by and through their counsel, Ryan Saba and Allison Owens of Rosen Saba, LLP, and Defendants Cedar West Ventures, LLC, Orbimo Corporation, Birdsong Central LLC, Aurora Point LLC, and The Gaurav Srivastava Foundation, by and through their counsel Paul B. Salvaty of Cohen Williams LLP, as follows:

1.      Plaintiff filed the complaint in this action on January 21, 2026;

2.      Defendants Birdsong Central, LLC, Cedar West Ventures LLC, and Orbimo Corporation were served with the summons and complaint on March 19, 2026;

3.      Defendants Aurora Point LLC and The Gaurav Srivastava Foundation were served with the summons and complaint on March 20, 2026;

4.      Defendants Birdsong Central, LLC, Cedar West Ventures LLC, and Orbimo Corporation's responses to the complaint are currently due on March 12, 2026;

5.      Defendants Aurora Point LLC and The Gaurav Srivastava Foundation's responses to the complaint are currently due on March 13, 2026;

6.      Defendants only recently retained counsel to represent them in this matter, and counsel requires additional time to review the complaint and prepare a response.

7.      The parties hereby stipulate and agree to an additional 28-days' time for Defendants Birdsong Central, LLC, Cedar West Ventures LLC, and Orbimo Corporation to respond to the complaint and an additional 29-days' time for Defendants Aurora Point LLC and The Gaurav Srivastava Foundation to respond to the complaint, up to and including April 10, 2026.

IT IS SO STIPULATED.

COHEN WILLIAMS LLP

Dated:  March 12, 2026          **COHEN WILLIAMS LLP**

By:      */s/ Paul B. Salvaty*
Paul B. Salvaty
Attorneys for Defendants Cedar West
Ventures, LLC, Orbimo Corporation,
Birdsong Central LLC, Aurora Point LLC,
and The Gaurav Srivastava Foundation f/k/a
The Gaurav and Sharon Srivastava Family
Foundation

Dated:  March 12, 2026          **ROSEN SABA LLP**

By:      */s/ Ryan Saba*
Ryan Saba
Allison Owens
Attorneys for Plaintiffs

2

**FILER'S ATTESTATION OF CONCURRENCE**

I, Paul B. Salvaty, attest that I am counsel for Defendants Cedar West Ventures, LLC, Orbimo Corporation, Birdsong Central LLC, Aurora Point LLC, and The Gaurav Srivastava Foundation f/k/a The Gaurav and Sharon Srivastava Family Foundation.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: March 12, 2026                         */s/ Paul B. Salvaty*
                                              Paul B. Salvaty

COHEN WILLIAMS LLP

3

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)