POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>RYAN D. SABA, ESQ. (State Bar No. 19237<br>ROSEN SABA, LLP<br>2301 Rosecrans Avenue, Suite 3180  El Segundo, CA 90245 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (310) 285-1727 | FAX NO. (310) 285-1728 | E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):  Plaintiffs | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: 350 W. FIRST STREET

MAILING ADDRESS:

CITY AND ZIP CODE: LOS ANGELES, CA 90012

BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF:  NIELS TROOST | CASE NUMBER: |
|---|---|
| DEFENDANT:  GAURAV SRIVASTAVA | |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2:26-cv-00631 |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. ☐ Summons

   b. ☐ Complaint

   c. ☐ Alternative Dispute Resolution (ADR) package

   d. ☐ Civil Case Cover Sheet  *(served in complex cases only)*

   e. ☐ Cross-complaint

   f. ☑ other *(specify documents):* **See attached Document List**

3. a. Party served *(specify name of party as shown on documents served):*

   **JOHN MAGUIRE**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:  **104 Rileys Pl**
   **Williamsburg, VA 23188-2242**

5. I served the party *(check proper box)*

   a. ☑ **by personal service.**   I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **2/20/2026**   (2) at *(time):* **3:46 PM**

   b. ☐ **by substituted service.**  On *(date):* at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served.  I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party.  I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*  from *(city):*   **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

**POS010-1/64726**

**Apex Legal Services**
611 Wilshire Boulevard, Ste 700
Los Angeles, CA 90017
Phone: (213) 488-1500   Fax: (213) 624-0022

Continued from Proof of Service

**CLIENT:**   ROSEN SABA, LLP

**CLIENT FILE #:**   2:26-cv-00631                         **DATE:**   March 10, 2026

**SUBJECT:**   JOHN MAGUIRE

Summons (DKT #38-1); Complaint (DKT #1); Civil Case Cover Sheet (DKT# 1-1);  Plaintiffs' Rule 7.1 Disclosure Statement and Notice ofInterested Parties (DKT #2); Notice of Assignment to United States Judge (DKT #4); Notice to Parties of Court-Directed ADR Program (DKT #5); Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge (DKT# 6); and Standing Order for Civil Cases Assigned to Judge Anne Hwang (DKT #7).



| PETITIONER: **NIELS TROOST** | |
| RESPONDENT: **GAURAV SRIVASTAVA** | |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*                          (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of *(specify):*

  under the following Code of Civil Procedure section:

  ☐ 416.10 (corporation)        ☐ 415.95 (business organization, form unknown)
  ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
  ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
  ☐ 416.40 (association or partnership)   ☐ 416.90 (authorized person)
  ☐ 416.50 (public entity)       ☐ 415.46 (occupant)
                  ☐ other:

7. **Person who served papers**

a. Name: **Jeffrey Shaw - Apex Legal Services**

b. Address: **611 Wilshire Boulevard, Ste 700  Los Angeles, CA 90017**

c. Telephone number: **(213) 488-1500**

d. **The fee** for service was: **$ .00**

e. I am:

  (1) ☑ not a registered California process server.

  (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

  (3) ☐ registered California process server:

    (i) ☐ owner    ☐ employee    ☐ independent contractor.

    (ii) Registration No.: **-**

    (iii) County: **-**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/10/2026**

**Apex Legal Services**
**611 Wilshire Boulevard, Ste 700**
**Los Angeles, CA 90017**
**(213) 488-1500**

APEX
LEGAL SERVICES

_____
**Jeffrey Shaw**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶    _____
        (SIGNATURE)

POS-010 [Rev January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2

**POS-010/64726**