**Notre réf. : EN26.022087**
Our ref.

**Votre réf. :**
Your ref.

**Destinataire : 1234 HOLDING SA, En la personne de son représentant légal Route de Crassier 7, 1262 Eysins**
Addressee

## ATTESTATION - CERTIFICATE

L'autorité soussignée a l'honneur d'attester, conformément à l'article 6 de la CLaH65
The undersigned authority has the honour to certify, in conformity with article 6 of the CLaH65

☒ que la demande a été exécutée le (date) : **04.05.2026**
that the document has been served the (date) :

dans une des formes suivantes, prévue à l'article 5 :
in one of the following methods authorised by article 5 :

☒ selon les formes légales (article 5, alinéa premier, lettre a)
in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention

☐ selon la forme particulière suivante :
in accordance with the following particular method :

☐ par remise simple, par poste avec accusé de réception
by delivery, by post with receipt

Les documents mentionnés dans la demande ont été remis à :
The documents referred to in the request have been delivered to :

- Identité et qualité de la personne :
  Identity and description of the person :

- Lien de parenté, de subordination ou autres, avec le destinataire de l'acte :
  Relationship to the addressee (family, business or other) :

☐ que la demande n'a pas été exécutée, en raison des faits suivants :
that the document has not been served, by reason of the following facts :

☐ conformément à l'article 12, alinéa 2 de ladite convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure sur le mémoire ci-joint.
in conformity with the second paragraph of article 12 of the convention, the applicant is requested to pay the expenses details in the attached statement.

Annexes : pièces renvoyées
documents returned

Fait à : Lausanne      le : 19 mai 2026      Signature et sceau
Done at :              the :                Signature and stamp

17510A

# Colis PostPac Priority

Numéro de l'envoi: 99.33.103793.00037010

**Distribué par un véhicule électrique**
4 mai 2026

**Adresse de distribution**
1262 Eysins

**Informations sur l'envoi**
31.0 x 22.0 x 10.0 cm - 1.3 kg

## Suivi des envois

| | |
|---|---|
| 04 mai 2026 09:37 | Distribué |
| 04 mai 2026 06:18 | Chargement dans le véhicule de livraison<br>**1196 Gland Distribution colis** |
| 01 mai 2026 09:30 | L'envoi a été trié en vue de sa distribution<br>**1310 Daillens Centre Colis** |

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant<br>L. Celeste Ingalls<br>Crowe Foreign Services<br>733 SW Vista Avenue<br>Portland, Oregon 97205<br>USA<br>Email: Lci@foreignservices.com | Address of receiving authority<br>Adresse de l'autorité destinataire<br>Tribunal cantonal Vaud, Division Entraide judiciaire, Palais de justice de l'Hermitage,<br>Route du Signal 8, 1014 Lausanne ADM cant VD Switzerland<br>T: +41 21 316 15 11 |
|---|---|

*(stamp: Reçu le 2… AWD 2026 par EN26.022087 TC / HERMITAGE)*

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| **(identity and address)**<br>(identité et adresse)<br>1234 Holding SA<br>Route de Crassier 7<br>1262 Eysins<br>Suisse |
|---|

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***<br>selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :<br>———— |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.**

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

| • Hague Summary with Warning Page<br>• Summons in a Civil Action<br>• Complaint<br>• with French translation<br>• Case No. 2:26-cv-00631 AH (MARx) |
|---|

\* if appropriate / s'il y a lieu

| **Done at** / Fait à Portland, Oregon USA,<br><br>**The** / le 28/4/2026 | **Signature and/or stamp**<br>Signature et / ou cachet<br><br>*L. Celeste Ingalls* |
|---|---|

Permanent Bureau July 2017