**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NIELS TROOST; PARAMOUNT ENERGY & COMMODITIES SA, in liquidation; PARAMOUNT ENERGY AND COMMODITIES DMCC; PARAMOUNT ENERGY & COMMODITIES, INC.; and EZI-DIAROC HOLDING SA, | Case No.:  2:26-cv-00631-AH-MAR |
| Plaintiffs, | **STIPULATION AND [PROPOSED] STIPULATED FINAL JUDGMENT** |
| vs. | |
| GAURAV SRIVASTAVA a/k/a "G"; SHARON SRIVASTAVA; NICOLAS BRAVARD; CEDAR WEST VENTURES, LLC; UNITY RESOURCES GROUP, INC.; ORBIMO CORPORATION; UNICOM WORLDWIDE, INC.; 1234 HOLDING SA; BIRDSONG CENTRAL LLC; AURORA POINT LLC; THE GAURAV SRIVASTAVA FOUNDATION, f/k/a The Gaurav and Sharon Srivastava Family Foundation; GLOBAL ENERGY LAW GROUP PC; OWEN ONOUYE; THOMAS GIORDANO-LASCARI; and JOHN MAGUIRE, | |
| Defendants. | |

STIPULATION AND [PROPOSED] STIPULATED FINAL JUDGMENT

Plaintiffs Niels Troost, Paramount Energy & Commodities SA, Paramount Energy and Commodities DMCC, Paramount Energy & Commodities, Inc., and EZI-Diaroc Holding SA (collectively, "Plaintiffs"), on the one hand, and Defendants Owen Onouye ("Onouye") and Global Energy Law Group, P.C. ("Global Energy"), on the other hand, jointly stipulate as follows:

WHEREAS, Plaintiffs filed suit on January 21, 2026, against Onouye and Global Energy and various other defendants—including Gaurav Srivastava ("Srivastava"), Sharon Srivasta, Nicolas Bravard, Cedar West Ventures, LLC, Unity Resources Group, Inc., Orbimo Corporation, Unicom Worldwide, Inc., 1234 Holding SA, Birdsong Central LLC, Aurora Point LLC, The Gaurav Srivastava Foundation, Thomas Giordano-Lascari, and John Maguire (collectively, "Defendants"), and filed an amended complaint on June 1, 2026—alleging claims for (i) violation of RICO, 18 U.S.C. § 1962(c); (ii) violation of RICO, 18 U.S.C. § 1962(d); (iii) fraudulent misrepresentation, (iv) conversion, and (v) violation of Cal. Bus. & Prof. Code § 17200, et seq. (hereinafter, the "Lawsuit");

WHEREAS, the Lawsuit alleges that Defendants were part of a criminal enterprise ("Srivastava Enterprise") led by Defendant Srivastava ("Srivastava") that defrauded victims, including Plaintiffs, of tens of millions of dollars by criminal and fraudulent means, and laundered money;

WHEREAS, this Court has jurisdiction over this matter pursuant to 18 U.S.C. § 1964(c), 28 U.S.C. § 1331, and § 28 U.S.C. 1367;

WHEREAS, venue in this District is proper pursuant to 28 U.S.C. § 1391 and 18 U.S.C. § 1965. Service was properly made against Defendants Onouye and Global Energy and they do not contest service or jurisdiction;

WHEREAS, Plaintiffs and Defendants Onouye and Global Energy entered into a settlement agreement as of May 28, 2026 ("Settlement Agreement"), which requires entry of the stipulated judgment set forth herein;

STIPULATION AND [PROPOSED] STIPULATED FINAL JUDGMENT

WHEREAS, in the interests of resolving this dispute, Plaintiffs and Defendants Onouye and Global Energy consent to the entry of judgment ("Stipulated Judgment") as follows:

1.    That JUDGMENT be entered in favor of Plaintiffs and against Defendants Onouye and Global Energy, jointly and severally, on Causes of Action One and Two.

2.    That the remaining claims be DISMISSED as to Defendants Onouye and Global Energy only.

3.    For damages, costs and fees incurred by Plaintiffs as a result of Defendants Onouye and Global Energy's conduct, the parties have reached an agreement in the Settlement Agreement (the "Relief Amount"). Payment of the Relief Amount shall be made in accordance with the terms of the Settlement Agreement.

(3) Defendants Onouye and Global Energy waive any rights to appeal this stipulated judgment.

(3) This Court shall retain exclusive jurisdiction over the Settlement Agreement and this Stipulated Judgment, including, but not limited to, all matters arising from or related to their implementation, interpretation, and enforcement. Each party to bear their own costs.

The Court having heard from the parties and having found that the parties' Settlement Agreement and the terms of this Stipulated Judgment are reasonable and entered into in good faith, hereby APPROVES this Stipulated Judgment.

IT IS SO ORDERED, this day: _____

_____
HON. ANNE HWANG
United States District Court Judge

STIPULATION AND [PROPOSED] STIPULATED FINAL JUDGMENT

SO STIPULATED AND RESPECTFULLY SUBMITTED:

DATED: ~~June~~ May 28, 2026          OWEN ONOUYE

DATED: ~~June~~ May 28, 2026          GLOBAL ENERGY LAW GROUP, P.C.

By: Owen Onouye

DATED: ~~June~~ may 28, 2026          PLAINTIFFS

By: _____

Name: Ryan Saba
ROSEN SABA LLP
2310 Rosencrans Avenue, Suite 3180
El Segundo, CA 90245

Counsel for all Plaintiffs

STIPULATION AND [PROPOSED] STIPULATED FINAL JUDGMENT

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_ }

On _May 28, 2026_ before me, Joanna Musacchio, Notary Public
　　　　Date　　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared _Owen Onouye_
　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

JOANNA MUSACCHIO
Comm. No. 2409423
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. JULY 26, 2026

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary Public

Place Notary Seal and/or Stamp Above

---- OPTIONAL ----

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _Stipulation & Stip Final Judgment_
Document Date: _05/28/26_ _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association