**TAKUMI PARTNERS LLP**
Robert W. Brownlie (Bar No. 138793)
robert.brownlie@takumillp.com
Noah Katsell (Bar No. 217090)
noah.katsell@takumillp.com
Chaz R. Glick (Bar No. 348605)
chaz.glick@takumillp.com
10920 Via Frontera, Suite 550
San Diego, California 92127
Telephone: (858) 357-8001

Attorneys for Defendant
Thomas Giordano-Lascari

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIELS TROOST, et al., | CASE NO. 2:26-cv-00631-AH-MAR |
| Plaintiffs, | **OBJECTION TO STIPULATION AND [PROPOSED] STIPULATED FINAL JUDGMENT [DKT 82]** |
| v. | |
| GAURAV SRIVASTAVA a/k/a "G", et al., | |
| Defendants. | Date:  July 8, 2026<br>Time: 1:30 PM<br>Ctrm: 9C, 9th Floor<br>Judge: Hon. Anne Hwang |

{00010820}

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant Thomas Giordano-Lascari ("Lascari") hereby objects to the Stipulation and [Proposed] Stipulated Final Judgment [Dkt 82] (the "Stipulation") on the grounds that it includes the following statement:

> The Court having heard from the parties and having found that the parties' Settlement Agreement and the terms of this Stipulated Judgment are reasonable and entered into in good faith, hereby APPROVES this Stipulated Judgment.

Additionally, the Stipulation indicates that Plaintiffs are nominally settling only the federal claims asserted against the settling defendants while dismissing the California state law claims alleged against them. These two provisions in the Stipulation appear to constitute an attempt by Plaintiffs and the settling defendants to deprive Lascari and the other non-settling defendants of their rights under California law.

"When a district court … hears state law claims based on supplemental jurisdiction, the court applies state substantive law to the state law claims." *Mason & Dixon Intermodal, Inc. v. Lapmaster Int'l LLC*, 632 F.3d 1056, 1060 (9th Cir. 2011). The Ninth Circuit has held that "California Code of Civil Procedure section 877 constitutes substantive law." *Id.* Code of Civil Procedure section 877 bars claims for contribution where a settlement has been made in "good faith." *See* Cal. Civ. Proc. Code § 877(c). Thus, the settlement of claims arising under California law is subject to section 877. *Mason & Dixon Intermodal, Inc.*, 632 F.3d at 1063.

The inclusion of the finding that "Settlement Agreement and the terms of this Stipulated Judgment are reasonable and entered into in good faith" would operate to bar Lascari and the other non-settling defendants from seeking contribution against the settling defendants as to the state law claims against them without providing

{00010820}

Lascari and the other non-settling defendants with an opportunity to be heard on the reasonableness of the Settlement Agreement or on the issue of whether the agreement was entered into in good faith. Moreover, the terms of the Settlement Agreement or its amount have not been disclosed to Lascari, making it impossible for him to determine whether the Settlement Agreement is actually reasonable. The circumstances under which the Settlement Agreement was negotiated and entered into have also not been disclosed to Lascari, making it impossible for him to determine whether the Settlement Agreement was entered into in good faith or whether it is the product of collusion between Plaintiffs and the settling defendants.

Because the Stipulation impacts Lascari's rights and may deprive him of the opportunity to seek contribution against the settling defendants, Lascari objects to the Court's approval of the Settlement Agreement, entry of the Proposed Judgment against Defendants Owen Onouye and Global Energy Law Group, P.C., and respectfully requests an opportunity to be heard on the issue of whether the terms of the Settlement Agreement are reasonable and whether the Settlement Agreement was entered into in good faith.

Dated: June 24, 2026

**TAKUMI PARTNERS LLP**

/s/ *Robert W. Brownlie*

ROBERT W. BROWNLIE
Attorney for Defendant
Thomas Giordano-Lascari

{00010820}

OBJECTION TO STIPULATION AND [PROPOSED] STIPULATED FINAL JUDGMENT [DKT 82]
NO. 2:26-CV-00631-AH-MAR