ROSEN ✧ SABA, LLP
RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
ALLISON OWENS, ESQ. (State Bar No. 347908)
aowens@rosensaba.com
2310 Rosecrans Ave, Suite 3180
El Segundo, CA 90245
Telephone:  (310) 285-1727
Facsimile:   (310) 285-1728

JASON A. MASIMORE, ESQ. (*pro hac vice*)
jason.masimore@brodbeckslaw.com
BRODBECKS LAW, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (347) 804-1093

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIELS TROOST; PARAMOUNT ENERGY & COMMODITIES SA, in liquidation; PARAMOUNT ENERGY AND COMMODITIES DMCC; PARAMOUNT ENERGY & COMMODITIES, INC.; and EZI-DIAROC HOLDING SA,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>GAURAV SRIVASTAVA a/k/a "G"; SHARON SRIVASTAVA; NICOLAS BRAVARD; CEDAR WEST VENTURES, LLC; UNITY RESOURCES GROUP, INC.; ORBIMO CORPORATION; UNICOM WORLDWIDE, INC.; 1234 HOLDING SA; BIRDSONG CENTRAL LLC; AURORA POINT LLC; THE GAURAV SRIVASTAVA FOUNDATION f/k/a The Gaurav and Sharon Srivastava Family Foundation; GLOBAL ENERGY LAW GROUP PC; OWEN ONOUYE; THOMAS GIORDANO-LASCARI; and JOHN MAGUIRE,<br><br>                    Defendants. | Case No.: 2:26-cv-00631-AH-MAR<br><br><br><br>**WITHDRAWAL OF PROPOSED ENTRY OF JUDGMENT [ECF 82]** |

1

**TO THIS HONORABLE COURT:**

On June 23, 2026, Plaintiffs filed a Stipulation for Judgment as to Owen Onouye and Global Energy Law Group, P.C. [ECF 82].  Defendants filed objections to the proposed Judgment.  [ECF 83, 84, and 85].  Plaintiffs intend to file a FRCP Rule 54(b) motion in light of the objections.  Accordingly, Plaintiffs request that the Stipulation for Judgment be withdrawn and the objections be deemed moot.

Dated: July 2, 2026

ROSEN ✧ SABA, LLP

By: _____

RYAN D. SABA, ESQ.
ALLISON OWENS, ESQ.
Attorneys for Plaintiffs

*Attorney for Plaintiffs*

WITHDRAWAL OF PROPOSED ENTRY OF JUDGMENT [ECF 82]