**ROSEN ◇ SABA, LLP**
RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
ALLISON OWENS, ESQ. (State Bar No. 347908)
aowens@rosensaba.com
2310 Rosecrans Ave, Suite 3180
El Segundo, CA 90245
Telephone:   (310) 285-1727
Facsimile:   (310) 285-1728

JASON A. MASIMORE, ESQ. (*pro hac vice*)
jason.masimore@brodbeckslaw.com
BRODBECKS LAW, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (347) 804-1093

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIELS TROOST; PARAMOUNT ENERGY & COMMODITIES SA, in liquidation; PARAMOUNT ENERGY AND COMMODITIES DMCC; PARAMOUNT ENERGY & COMMODITIES, INC.; and EZI-DIAROC HOLDING SA,<br><br>Plaintiffs,<br><br>vs.<br><br>GAURAV SRIVASTAVA a/k/a "G"; SHARON SRIVASTAVA; NICOLAS BRAVARD; CEDAR WEST VENTURES, LLC; UNITY RESOURCES GROUP, INC.; ORBIMO CORPORATION; UNICOM WORLDWIDE, INC.; 1234 HOLDING SA; BIRDSONG CENTRAL LLC; AURORA POINT LLC; THE GAURAV SRIVASTAVA FOUNDATION f/k/a The Gaurav and Sharon Srivastava Family Foundation; GLOBAL ENERGY LAW GROUP PC; OWEN ONOUYE; THOMAS GIORDANO-LASCARI; and JOHN MAGUIRE,<br><br>Defendants. | Case No.: 2:26-cv-00631-AH-MAR<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF [PROPOSED] STIPULATED FINAL JUDGMENT AGAINST DEFENDANTS OWEN ONOUYE AND GLOBAL ENERGY LAW GROUP, P.C. UNDER RULE 54(b)** |

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ENTRY OF [PROPOSED] STIPULATED FINAL JUDGMENT AGAINST DEFENDANTS ONOUYE AND GLOBAL ENERGY UNDER RULE 54(b)

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

On August 5, 2026, at 1:30 PM, or as soon as the matter may be heard, in Courtroom 9C of the above-captioned court, located at 350 W 1st Street, Los Angeles, California, Plaintiffs will and hereby do move the Court for an order entering the [Proposed] Stipulated Final Judgment pursuant to Federal Rule of Civil Procedure 54(b) against Defendants Owen Onouye and Global Energy Law Group, P.C. on Plaintiffs' First and Second Causes of Action for RICO violations, with dismissal of the remaining causes of action as to those defendants; and finding that there is no just reason for delay. This motion is made on the grounds that entry of judgment under Rule 54(b) is appropriate because the judgment will fully and finally resolve all claims against the settling defendants and there is no just reason for delay.

This motion is based on Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion for Entry of [Proposed] Stipulated Final Judgment Against Defendants Onouye and Global Energy Under Rule 54(b) (Dkt. 88) the pleadings and records on file in this action; and such further evidence and argument as may be presented at or before the hearing.

Plaintiffs met and conferred with the non-settling defendants on July 2, 2026 and thereafter filed this motion.

DATED:     July 7, 2026

ROSEN ◇ SABA, LLP

By:     /s/ Ryan D. Saba_____
        RYAN D. SABA, ESQ.
        ALLISON OWENS, ESQ.
        Attorneys for Plaintiffs

1

BRODBECKS LAW PLLC

By:    /s/ Jason A. Masimore
       JASON A. MASIMORE, ESQ.
       (*pro hac vice*)

Attorney for Plaintiffs