Paul B. Salvaty (Bar No. 171507)
Email: psalvaty@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorney for Defendants Gaurav Srivastava, Cedar West Ventures, LLC, Unity Resources Group, Inc., Orbimo Corporation, Unicom Worldwide, Inc., Birdsong Central LLC, Aurora Point LLC, and The Gaurav Srivastava Foundation f/k/a The Gaurav and Sharon Srivastava Family Foundation

COHEN WILLIAMS LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

NIELS TROOST, et al.,

Plaintiffs,

v.

GAURAV SRIVASTAVA, et al.,

Defendants.

Case No. 2:26-cv-00631-AH-MAR

**DECLARATION OF PAUL B. SALVATY IN SUPPORT OF THE SRIVASTAVA DEFENDANTS' MOTION TO DISMISS AND ANTI-SLAPP MOTION TO STRIKE THE FIRST AMENDED COMPLAINT**

*Filed concurrently with Notice of Motion and Motion to Dismiss and Anti-SLAPP Motion to Strike the First Amended Complaint, Memorandum of Points and Authorities, [Proposed] Order, Request for Judicial Notice, and [Proposed] Order*

Judge: Honorable Anne Hwang
Date: September 23, 2026
Time: 1:30 p.m.
Crtrm.: 9C

Trial Date: Not set

COHEN WILLIAMS LLP

**DECLARATION OF PAUL B. SALVATY**

I, Paul B. Salvaty, declare as follows:

1. I am over the age of eighteen and am a partner at Cohen Williams LLP and counsel for Defendants Gaurav Srivastava, Cedar West Ventures, LLC, Unity Resources Group, Inc., Orbimo Corporation, Unicom Worldwide, Inc., Birdsong Central LLC, Aurora Point LLC, and The Gaurav Srivastava Foundation f/k/a The Gaurav and Sharon Srivastava Family Foundation in this matter. I make this Declaration in support of the concurrently filed Rule 12(b)(6) Motion to Dismiss the First Amended Complaint and Anti-SLAPP Motion to Strike the Third, Fourth, and Fifth Causes of Action of the First Amended Complaint. I have personal knowledge of the facts set forth in this Declaration and, if called upon, I could and would competently testify regarding these matters.

2. Attached hereto as **Exhibit A** is a true and correct copy of a press release issued by the United Kingdom Foreign, Commonwealth & Development Office, dated February 22, 2024, entitled "New UK sanctions mark 2 years since Russia's illegal invasion of Ukraine."

3. Attached hereto as **Exhibit B** is a true and correct copy of Defendants' Answer, Affirmative Defenses, and Counterclaim, in the case *Troost v. The Arkin Group DE LLC*, *et al.*, Index No. 150236/2026 (N.Y. Supreme Court), Dkt. 49.

4. Attached hereto as **Exhibit C** is a true and correct copy of Defendants' Memorandum of Law in Support of their Motion to Dismiss the Complaint, in the case *Troost v. The Arkin Group DE LLC, et al.*, Case No. 25-cv-6487 (S.D.N.Y.), Dkt. 26.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Share Purchase Agreement between Ezi-Diaroc Holding SA and 1234 Holding SA, dated July 30, 2022.

6. Attached hereto as **Exhibit E** is a true and correct copy of the April 16, 2026 Minute Order Denying Plaintiffs' Ex Parte Application in the case *Paramount Energy & Commodities SA v. Baker & Hostetler, LLC*, *et al.*, LASC 24STCV11278.

COHEN WILLIAMS LLP

7. Attached hereto as **Exhibit F** is a true and correct copy of Plaintiff's Notice of Voluntary Dismissal Without Prejudice, in the case *Troost v. The Arkin Group DE LLC, et al.*, Case No. 25-cv-6487 (S.D.N.Y.), Dkt. 31.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Minute Order dated May 7, 2026, granting Defendant Gaurav Srivastava's Motion to Dismiss the First Amended Complaint, in the case *Masimore et al. v. Srivastava*, Case No. 2:24-cv-07505-PA-E (C.D. Cal.), Dkt. 50.

9. Attached hereto as **Exhibit H** is a true and correct copy of a news article published by *The Independent* dated January 22, 2026, entitled "Daring CIA ops, a nasty scar and White House ties: Lawsuit claims a 'fake spy' wove epic fantasy to steal a $350M oil firm."

10. Attached hereto as **Exhibit I** is a true and correct copy of a news article published by *The Wall Street Journal* dated August 27, 2024, entitled "A Fake Spy, Russian Oil and $1 Million Funneled to Democrats."

11. Attached hereto as **Exhibit J** is a true and correct copy of a news article published by *The Financial Times* dated December 14, 2024, entitled "Niels Troost has a staggering story to tell about how he got sanctioned."

12. Attached hereto as **Exhibit K** is a true and correct copy of a blog post published by "Whale Hunting" dated October 10, 2023, entitled "The Old 'I'm a Secret Spy, Pay Me' Con."

13. Attached hereto as **Exhibit L** is a true and correct copy of a letter from Jason Masimore to Greenberg Glusker LLP, dated 22 January 2024, as previously attached to the complaint filed by Masimore in the case *Masimore et al. v. Srivastava*, 2:25-cv-07505 (C.D. Cal.), Dkt. 1-7.

14. Attached hereto as **Exhibit M** is a true and correct copy of an automated translation of a filing made in the Court of First Instance of the Republic and Canton of Geneva by EZI-Diaroc Holding SA, dated May 16, 2025, concerning C/14454/2024.

15. Attached hereto as **Exhibit N** is a true and correct copy of an automated translation of a communication made by the Court of First Instance of the Republic and Canton of Geneva concerning C/14498/2024.

16. Attached hereto as **Exhibit O** is a true and correct copy of the Minute Order dated July 9, 2026, granting Defendant Gaurav Srivastava's Motion for Attorneys' Fees, in the case *Masimore et al. v. Srivastava*, Case No. 2:24-cv-07505-PA-E (C.D. Cal.), Dkt. 60.

17. Attached hereto as **Exhibit P** are true and correct copies of documents reflecting some of the many news articles and posts that have been published recently and that repeat allegations in the FAC including: (1) the first page of a July 9, 2026, Google news search for "gaurav srivastava" which shows recent stories that have appeared on several websites including the *Hindustan Times* and *The Times of India*; (2) copies of several articles and posts that have appeared between June 30, 2026 and July 7, 2026 that repeat similar allegations from Troost's lawsuit. These are by no means all of the articles and posts regarding Troost's allegations published during that time; they represent a fraction of the total universe.

18. Attached hereto as **Exhibit Q** are true and correct copies of (1) an excerpt of the European Union's EUR-Lex website reflecting the Council Implementing Regulation (EU) 2024/3183 (https://eur-lex.europa.eu/legal-content/EN/TXT/HTML/?uri=OJ:L_202403183) including an entry for "Niels TROOST"; (2) an entry for Paramount Energy & Commodities DMCC on the UK Sanctions List (https://search-uk-sanctions-list.service.gov.uk/designations/RUS1980/Entity) and (3) an entry for "Niels Oscar TROOST" on the OpenSanctions.org website, last accessed July 13, 2026.

19. Attached hereto as **Exhibit R** is a true and correct copy of an English translation of Tribunal Fédérale [TF] Nov. 20, 2024, 7B_20/2025 (Switzerland), publicly available in the original French at https://justice.ge.ch/apps/decis/fr/pcpr/show/3371636.



COHEN WILLIAMS LLP

20. I have been informed and believe that there are multiple ongoing or recent Swiss proceedings involving the same parties and operative facts and disputes described in Plaintiffs' Complaint, including C/11454/2024 *1234 Holding SA v. EZI-Diaroc Holding SA;* C/11012/2024 *1234 Holding SA v. EZI-DIAROC Holding DA*; C/25799/2024 *1234 Holding SA v. Paramount Energy & Commodities SA*; and C/14498 *Srivastava v. Troost*.

21. The Motions to Dismiss and Anti-SLAPP Motions to Strike the First Amended Complaint ("FAC") filed by the Srivastava Defendants and by Sharon Srivastava, as well as the Motion to Dismiss for Lack of Personal Jurisdiction under Fed. R. Civ. P. 12(b)(2) and Joinder filed by Defendants Nicolas Bravard and 1234 Holding SA are made following multiple conferences of counsel under Central District Local Rule 7-3. The first conference pertained to the original Complaint filed by Plaintiffs and occurred by videoconference on April 23, 2026, and it was followed up by a detailed letter from me to Ryan Saba setting forth my clients' position. Thereafter, the Srivastava Defendants and Sharon Srivastava filed the Motions to Dismiss and Anti-SLAPP Motions to Strike the original Complaint on May 11, 2026. (Dkts. 62, 64.) Rather than oppose those Motions, Plaintiffs filed their FAC on June 1, 2026. Further conferences of counsel occurred after the filing of the FAC, including by telephone conference on June 24, 2026, and by videoconference on July 2, 2026. During these conferences counsel discussed thoroughly the substance of these contemplated motions and any potential resolution. Counsel determined that their disagreements over the issues presented in these motions could not be resolved without the parties engaging in motion practice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of July, 2026, at Los Angeles, California.

*/s/ Paul B. Salvaty*

Paul B. Salvaty



COHEN WILLIAMS LLP