# EXHIBIT P

gaurav srivastava

AI Mode All Images Videos News Shopping Maps More Tools

Organized Crime and Corruption Reporting Project | OCCRP

## Businessman Who Allegedly Posed as CIA Agent Wooed Indonesian President and His Brother

Controversial businessman Gaurav Srivastava ingratiated himself with Indonesia's most powerful family, securing preliminary agreements for...

2 days ago

NDTV

## Indian-Origin Man Poses As 'CIA Agent' To Secure Indonesia Defence Deal

Srivastava developed ties with Prabowo Subianto, Indonesia's former defence minister and now the country's president, and reportedly...

3 days ago

Hindustan Times

## How an Indian-origin con man pretended to be a CIA agent to secure defence deals from Indonesian President | World News

Gaurav Srivastava allegedly built a relationship with Indonesia's President Prabowo Subianto when he was the country's defence minister.

3 days ago

India Today

## Indian man posed as CIA agent, wooed Indonesian President for defence deals

US-based businessman Gaurav Srivastava, who was born in Lucknow, allegedly posed as a CIA agent to gain access to Indonesian President...

3 days ago

WION

## Indian-origin man poses as 'CIA agent' to secure Indonesia defence deal: Who is Gaurav Srivastava

An OCCRP-Tempo investigation alleges Indian-origin businessman Gaurav Srivastava posed as a CIA agent to secure preliminary defence deals in...

2 days ago

The Times of India

## Indian-origin businessman 'poses' as CIA agent, woos Indonesian president to secure fighter jets deal, sa

India News: NEW DELHI: Indian-origin businessman Gaurav Srivastava allegedly posed as a Central Intelligence Agency (CIA) operative and...

3 days ago

The Week

## Who is Gaurav Srivastava? Indian-origin businessman posed as CIA agent to procure Indonesian defence deals

An Indian-origin businessman named Gaurav Srivastava is accused of impersonating a CIA agent to secure billion-dollar defense deals in...

3 days ago

https://whalehunting.projectbrazen.com/

## The Saddest Fake Spy in the World

We broke the story of Gaurav Srivastava in 2023. He tried to erase it. Now he faces a federal RICO lawsuit alleging he stole 3 million — and...

3 weeks ago

India News Network

## Indian-Origin Businessman Allegedly Impersonates CIA Agent in Indonesia

Gaurav Srivastava reportedly posed as a CIA agent to secure defence deals in Indonesia, raising concerns about security and governance.

3 days ago

Magz TEMPO

## How Srivastava Infiltrated Prabowo's Family and Indonesia's Elite

Gaurav Srivastava "infiltrated" Prabowo Subianto's family and Indonesia's elite. He posed as a CIA agent.

1 week ago

1 2 3 4 5 6 7 8 9 10 Next

Results are not personalized

**90014, Los Angeles, CA** - From your device - Update location

INDIA NEWS NETWORK

EN

# Indian-Origin Businessman Allegedly Impersonates CIA Agent in Indonesia

India News Network | 2026-07-07


Indian-Origin Businessman Allegedly Impersonates CIA Agent in Indonesia

**Gaurav Srivastava reportedly posed as a CIA agent to secure defence deals in Indonesia, raising concerns about security and governance.**

An Indian-origin businessman, Gaurav Srivastava, has been accused of impersonating a Central Intelligence Agency (CIA) agent in a bid to secure preliminary defence agreements with Indonesia. Reports indicate that the deals were aimed at procuring fighter jets, helicopters, and other military systems, although they did not receive final approval.

The allegations suggest that Srivastava developed a close relationship with Indonesia's President, Prabowo Subianto, who was serving as the defence minister during this time. A joint investigation conducted by the Organized Crime and Corruption Reporting Project (OCCRP) and the Indonesian publication Tempo highlighted that Srivastava claimed to have played a significant role in resolving a long-standing issue regarding Subianto's immigration status in the United States.

Niels Troost, a Dutch oil trader who accompanied Srivastava to meetings with Subianto in mid-2022, stated that Srivastava had cultivated a strong rapport with him. Troost commented that Srivastava exhibited knowledge about Subianto's personal habits that only individuals close to him would typically know.

Despite securing five preliminary agreements between 2020 and 2022, none of these arrangements were ultimately realised, categorised as "not legally binding." Rico Sirait, a spokesperson for the Indonesian Defence Ministry, assured that the country's procurement processes adhere to stringent guidelines, emphasising governance, national interest, and compliance with established regulations.

Following these incidents, Troost initiated civil lawsuits against Srivastava in California and New York, alleging deceit. In response, Srivastava has denied the accusations of feigning CIA affiliation. The unfolding saga raises concerns over potential lapses in security and governance in the Indonesian defence procurement process. The case has attracted attention due to its implications for international military dealings and the risks posed by individuals exploiting high-level connections.

As investigations continue, analysts are wary regarding the ramifications these events may have on Indonesia's defence strategies and its future international partnerships.

The Indian EXPRESS
JOURNALISM OF COURAGE

# How Indian-origin businessman allegedly posed as 'CIA agent' to enter Indonesia's $13.9 billion fighter jet deal

*From shell companies to a $13.9 billion fighter jet deal, an OCCRP investigation traces how a fabricated CIA identity helped one businessman infiltrate Indonesia's highest defence circles.*

By: **Express Global Desk**

**3 min read** Jul 7, 2026 12:19 PM IST

First published on: Jul 7, 2026 at 09:53 AM IST




Gaurav Srivastava with Indonesian President Prabowo Subianto. (Photo: X/@KantInEastt)

An Indian-origin businessman is accused of pretending to be a CIA officer to get close to Indonesian President Prabowo Subianto and help push through defence deals worth billions of dollars, according to an investigation by the Organised Crime and Corruption Reporting Project (OCCRP).

The allegations come from civil lawsuits filed in California and New York by Niels Troost, the businessman's former business partner. Troost claims he had given the businessman, Gaurav Srivastava, a 50% stake in his company. Based on court documents from these cases, OCCRP reports that Srivastava travelled with Prabowo to important meetings in Washington and Jakarta in 2020. These meetings reportedly included talks about major military purchases, such as fighter jets and other equipment.

ALSO READ **Not just IT: How Indian firms quietly became a $40 billion force in America**

According to the lawsuits, Srivastava told people in recorded calls that he worked for the CIA. OCCRP's reporting indicates he used that claim to gain the confidence of senior

Indonesian officials, including Hashim Djojohadikusumo Prabowo's brother and chairman of the Arsari Group and to secure entry into high-level government discussions.

Srivastava is also said to have claimed credit for identifying those behind the 2002 Bali bombings, an attack that killed more than 200 people, and for helping get Prabowo removed from a US immigration blacklist.

## WHO IS GAURAV SRIVASTAVA?

Srivastava is an Indian-origin businessman who reportedly cultivated a close relationship with Prabowo Subianto during the years Subianto served as Indonesia's defence minister, a relationship that continued after Subianto rose to the presidency. Sources cited in the OCCRP investigation say Srivastava went by the self-given nickname "Mr G" and positioned himself as a CIA operative to build credibility with Indonesian officials.

## HOW THE DEALS TOOK SHAPE

As per OCCRP's report, Srivastava obtained three Letters of Intent from Indonesia in 2020 covering potential fighter jet and military equipment purchases, followed by an additional Letter of Intent and a Memorandum of Understanding in 2021 and 2022 tied to two more defence projects.

ALSO READ **10 Indian-origin CEOs leading America's biggest companies as US turns 250**

Between 2020 and 2022, four companies connected to Srivastava reportedly signed five preliminary agreements with Indonesia's Ministry of Defence and a state-owned defence firm. The proposed packages allegedly included:

- 36 F-15 fighter jets
- UH-60 Black Hawk helicopters
- C-130 transport aircraft
- A military command-and-control centre

Separately, in 2022 the US formally [approved a possible sale of 36 F-15 jets] and associated equipment to Indonesia, in a deal valued at up to $13.9 billion.

## THE SHELL COMPANY DETAIL

OCCRP's investigation reportedly found that the four companies tied to Srivastava were shell entities with no prior record in defence procurement. Notably, when the US Defense Security Cooperation Agency publicly announced the F-15 sale, none of Srivastava's companies appeared as parties to that official deal a discrepancy that raises questions about the extent of his actual role versus his claimed influence.

*(With inputs from Organised Crime and Corruption Reporting Project (OCCRP)*

**CURATED FOR YOU**



**Ex-Aadhaar head: Asking people to prove citizenship is State's failure**



**US-Iran War Live Updates: Iran says 'We don't need foreign workers to protect...**

**Express Global Desk**

*The Express Global Desk at indianexpress.com which delivers authoritative, verified, and context-driven coverage of key international developments shaping global politics, policy, and migration* ***... Read More***

*© IE Online Media Services Pvt Ltd*

**NewsGuard**

# CIA Agent # Crime # Indonesia

This article was first uploaded on July seventh, twenty twenty-six, at fifty-three minutes past nine in the morning.

Do Not Sell or Share My Personal Information

OCCRP Organized Crime and Corruption Reporting Project

Support OCCRP

# Allegedly Posed as CIA Agent Wooed Indonesian President and His Brother

NEWS

Controversial businessman Gaurav Srivastava ingratiated himself with Indonesia's most powerful family, securing preliminary agreements for multi-billion-dollar defense deals, documents show.



Banner: Mustafa Yalcin/Anadolu/Anadolu via AFP

Reported by

July 3, 2026

A businessman who allegedly posed as a CIA agent cultivated a relationship with Indonesian President Prabowo Subianto — and secured preliminary agreements from Indonesia's government to purchase tens of billions of dollars worth of fighter jets and other equipment.

The businessman, Gaurav Srivastava, did not respond to requests for comment on his Indonesian activities. On his website, Srivastava stated that accusations that he pretended to be a CIA agent were "gross fabrications" spread by his former business partner, Niels Troost, who was sanctioned by the U.K., European Union and Switzerland for trading Russian oil.

The sanctions have since been lifted by the E.U. and Switzerland.

Civil lawsuits filed by Troost in California and the Southern District of New York include references to recorded phone calls he collected as evidence in which Srivastava allegedly claimed to work for the CIA.

Srivastava joined Prabowo, then defence minister, in high-level meetings in Washington D.C. and Jakarta in 2020 where military procurement was discussed. He received three "Letters of Intention to Purchase" the same year.

The letters, obtained by OCCRP's Indonesian partner Tempo, spelled out plans for the Indonesian government to acquire fighter jets and other defence materiel. Srivastava secured another letter of intent and a memorandum of understanding for two other defense procurement arrangements in 2021 and 2022.

None of the agreements ultimately resulted in purchases by the Indonesian government.

A spokesperson for Indonesia's Ministry of Defense, Rico Sirait, confirmed the existence of the preliminary agreements, but stressed they did not constitute a binding contract.

"The entire process of Indonesian defense cooperation and procurement is always carried out with utmost caution, prioritizing the

visited and stayed frequently at Prabowo's homes when he was Indonesia's defense minister.

Prabowo did not answer multiple requests for comment.




Credit: Screenshot/Facebook/Indonesian Embassy in Washington, D.C.

Indonesian President Prabowo Subianto (fourth from left), Gaurav Srivastava (sixth from left), and colleagues at the Indonesian Embassy in Washington, D.C., in October 2020.

Over the course of 2020 and 2022, companies owned by Srivastava secured five preliminary agreements from Indonesia's Defense Ministry, and a state-owned defence company. Prabowo was photographed with Srivastava and the company's chief executive at a signing ceremony. The agreement was later announced at a press conference with the CEO.

The proposed agreements covered 36 F-15 fighter jets, UH-60 Black Hawk helicopters, and C-130 transport planes. In addition, one of Srivastava's companies received a letter of intent to supply Indonesia's defense ministry with a joint operations command and control center.

In 2022, the U.S. government announced its approval for the potential sale of 36 F-15 fighter jets along with their spare parts, which would have been worth $13.9 billion in total.

after failing to pay tax. The announcement from the U.S. Defense Security Cooperation Agency did not mention these companies.

Srivastava also developed ties with leading Indonesian business figures, including Hashim Djojohadikusumo, Prabowo's brother, who chairs the Arsari Group.

Troost's legal complaint explains that he was convinced Srivastava was a well-connected CIA operative, and he transferred 50 percent of his company to him believing he could help the business. Srivastava then "orchestrated" a $51-million loan from their company to the Arsari Group, the complaint says.

Troost claims Srivastava told him the $51-million loan would help fund a covert U.S. government program. However, according to the complaint, Srivastava allegedly convinced Arsari Group to transfer almost half the loan to him, and then used it to buy a $25-million mansion in Los Angeles.

According to the legal complaint, Srivastava tried to convince the Arsari Group to transfer the remainder of the loan to him, but the company refused.

Indonesia's money laundering authority told Tempo it is looking into the transaction, and if they find evidence of wrongdoing they will refer it to law enforcement.

Hashim did not respond to requests for comment.

Although Srivastava did not reply to requests for comment, he has accused Troost on his website of perpetrating "an aggressive, scortched-earth [sic] disinformation campaign," which began with legal complaints in the U.S., Switzerland and the United Arab Emirates.

For his part, in his California civil case, Troost calls Srivastava a "brazen con man of remarkable skill."

July 3, 2026

## SECTIONS

- Organized Crime
- Corruption
- Power and Influence
- Money Laundering
- Environment
- Sanctions
- Enablers
- Freedom and Repression

## REGIONS

- Africa
- North America
- Asia
- Latin America
- Europe
- Pacific
- Middle East

## LEARN MORE

- About Us
- Our Global Network
- Announcements
- Annual Reports
- OCCRP in Focus
- Our Team
- Our Impact
- Awards
- Work with Us
- Safely Leak to OCCRP
- Support Us
- Contact Us

Support OCCRP

Board of Directors
Gift and Donation Acceptance Policy
Funding and Editorial Policies
RSS Feeds

## TOOLS

.ALEPHPRO

Search datasets and documents and uncover wrongdoing.

.ID

Are you a journalist or partner of OCCRP researching a subject around organized crime or corruption? OCCRP's ID can help.

OCCRP | Organized Crime and Corruption Reporting Project

A nonprofit, mission-driven newsroom that partners with other media outlets to publish stories that spur action.

© 2026 OCCRP

Privacy Policy ANBI Responsible Disclosure Contact Us

News / World News / Who is Gaurav Srivastava? Indian-Origin Businessman Accused of Posing as Fake CIA Agent to Secure Mu

Updated 6 July 2026 at 17:22 IST

# Who is Gaurav Srivastava? Indian-Origin Businessman Accused of Posing as Fake CIA Agent to Secure Multi-Billion Dollar Indonesian Defence Deal

An investigative report reveals how businessman Gaurav Srivastava allegedly posed as a CIA agent to secure multi-billion dollar preliminary defense agreements in Indonesia.

Garvit Parashar

World News 4 min read Follow :



Who is Gaurav Srivastava? The 'Fake CIA Agent' Indonesia Defense Deal | Image: X

Summary is AI-generated, newsroom-reviewed

An Indian-origin businessman is under international scrutiny following an investigative report alleging he forged deep ties with Indonesia's top leadership by posing as a US intelligence officer. According to a joint investigation by the Organised Crime and Corruption Reporting Project

## Recommended




Dhamaal 4 vs Welcome 3: Which Film Registered Higher First Monday BO?

Entertainment News



US Deploys Sea Drones for First Time in Combat Strike on Iran

Defence News




URBN Unveils Atom Link, a 5-in-1 Magnetic Power Bank for Apple Users

Tech News



(OCCRP) and the Indonesian publication Tempo, Gaurav Srivastava allegedly leveraged these high-level connections to secure preliminary defense procurement agreements valued at billions of dollars.

While none of the proposed deals were ultimately executed, the revelations raise critical questions about influence, defense procurement, and due diligence in high-value international contracts. Srivastava has strongly denied the claims, refuting that he ever falsely passed himself off as a CIA agent and describing the allegations as “gross fabrications.”

## Who is Gaurav Srivastava?




Gaurav Srivastava is an Indian-origin businessman operating within international business and investment circles. He recently drew global attention after the OCCRP and Tempo investigation alleged that he falsely presented himself as an officer of the US Central Intelligence Agency (CIA) while cultivating relationships with influential political and business figures in Indonesia.

The investigation claims that Srivastava secured close access to senior officials during the period when Prabowo Subianto served as Indonesia’s Defence Minister. According to the report, these strategic relationships helped companies linked to Srivastava land preliminary defense procurement agreements involving military aircraft, helicopters, and command systems.

Advertisement

Ranveer Singh-Deepika Padukone To Welcome Second Child Around Diwali?

Entertainment News



Fan Gets Matt Damon To Sign A Potato At The Odyssey Premiere, Know Why

Entertainment News



Balen Shah Government Faces Major Crisis Over Forced Evictions

World News




Anupam Kher Reacts To Shah's Resurfaced Video Amid Ram Mandir Remark Row

Entertainment News

## How Did Srivastava Build Ties With Indonesian Leaders?

According to Tempo, Srivastava introduced himself as a CIA agent to multiple Indonesian officials and business leaders. The investigation states that he cultivated a relationship with Prabowo Subianto, who reportedly nicknamed him "Mr G."

Dutch oil trader Niels Troost told Tempo that he accompanied Srivastava to Prabowo's residence in Hambalang, West Java, in 2022.

Advertisement

Troost alleged that Srivastava claimed he visited Prabowo regularly and shared personal details indicating a close relationship. Furthermore, Srivastava allegedly claimed he had helped identify those responsible for the 2002 Bali bombings and had assisted in removing Prabowo from a long-standing US immigration blacklist.

These claims have not been independently verified.

***Also Read:*** ***Indian-Origin Businessman Posed as CIA Agent, to Pitch Multibillion-Dollar Defence Deal to Indonesian President: Report***



Ex-Iran President Ahmadinejad Under House Arrest Over Israel Ties

World News




Iran War LIVE: Iran Says Deal With US Is Now in 'FULL CRISIS MODE'

World News



Alia Bhatt Shares Inside Photos From Akansha Ranjan Kapoor's Wedding

Entertainment News

## Latest News

URBN Unveils Atom Link, a 5-in-1 Magnetic Power…



Tech News

TOP RUMOUR

Ranveer Singh-Deepika Padukone To Welcome…



Entertainment News

## What Defense Deals Were Proposed?

The OCCRP-Tempo investigation alleges that between 2020 and 2022, companies controlled by Srivastava obtained five preliminary agreements from Indonesia's Defence Ministry and a state-owned defense company.

The proposed acquisitions reportedly included:

- F-15 fighter jets
- UH-60 Black Hawk helicopters
- C-130 transport aircraft
- Joint military command and control systems

Photographs reviewed during the investigation reportedly showed Srivastava attending signing ceremonies alongside Prabowo and executives from one of his companies. However, none of these proposed defense purchases ever moved forward.

Indonesia's Defence Ministry spokesperson, Rico Sirait, confirmed the existence of the preliminary agreements but emphasized that they were not legally binding. "The entire process of Indonesian defence cooperation and procurement is always carried out with utmost caution, prioritising the principles of good governance, national interest, and compliance with applicable mechanisms and regulations," Sirait said.

## Why Are the Companies Under Scrutiny?

Corporate records cited in the investigation reveal that four companies linked to Srivastava reportedly had no established background in the defense industry. Instead, the report alleges that these companies functioned as shell entities and were later deregistered after failing to meet their tax obligations.

Separately, the United States approved a potential sale of 36 F-15 fighter jets and related equipment to Indonesia in 2022, a package valued at approximately $13.9 billion. The official announcement by the US Defence Security Cooperation Agency made no mention of any companies linked to Srivastava.

## What Has Gaurav Srivastava Said?

Srivastava has firmly rejected the allegations. On his website, he denied falsely presenting himself as a CIA officer and described the accusations as "gross fabrications." He has consistently disputed the claims made in both the lawsuits and the investigative reports.

TOTALLY VIRAL

Fan Gets Matt Damon To Sign A Potato At The...

Entertainment News

Balen Shah Government Faces Major Crisis Over...

World News

Advertisement

## What Happens Next?

The OCCRP-Tempo investigation has renewed global attention on the safeguards surrounding international defense procurement and the significant influence private intermediaries can wield in high-value government negotiations.

While none of the proposed Indonesian defense agreements reached completion, the allegations continue to attract international interest due to the massive scale of the proposed deals and the involvement of senior political figures. As legal proceedings continue and investigators examine the claims, the allegations remain heavily disputed. Srivastava continues to deny all wrongdoing, and no criminal convictions have been reported in connection with the claims outlined in the investigation.

Published By: Garvit Parashar Published On: 6 July 2026 at 17:22 IST

Add Republic As Your Trusted Source

Add as a preferred source on Google

This site is part of Republic World and Republic Media Network

About Us Contact Us Privacy Policy Sitemap Policies Disclaimers Investors RSS Careers Petrol-Diesel

REPUBLIC R. भारत R. বাংলা R. ಕನ್ನಡ R. Business

Follow Republic on:

Download the all-new Republic app:

Available on the App Store

Google Play

© 2026 Republic. All rights reserved.

THE FEDERAL
VOICE OF THE STATES






The proposed deals included 36 F-15 fighter jets, UH-60 Black Hawk helicopters and C-130 transport aircraft. Reprsentational image

India

# Indian-origin businessman posed as CIA agent to secure Indonesia defence deals

A joint investigation revealed Gaurav Srivastava cultivated ties with senior Indonesian officials and secured preliminary defence agreements worth billions of dollars

**The Federal**

6 July 2026 2:49 AM

An Indian-origin businessman allegedly posing as a CIA agent secured preliminary defence agreements worth billions of dollars in Indonesia after developing close ties with senior officials.

According to a joint investigation by the Organised Crime and Corruption Reporting Project (OCCRP) and Indonesian media outlet *Tempo*, the accused Gaurav Srivastava built a relationship with Indonesian President Prabowo Subianto while he was serving as Defence Minister.

The report further stated that Srivastava introduced himself to officials and business leaders as a CIA operative and was nicknamed "Mr G" by Prabowo.



## Defence agreements

Between 2020 and 2022, companies controlled by Srivastava obtained five preliminary agreements from Indonesia's Defence Ministry and a state-owned defence company.

**Also Read:** Indian-origin woman confronts V-P Vance over US immigrants

The proposed deals included 36 F-15 fighter jets, UH-60 Black Hawk helicopters, C-130 transport aircraft and a joint operations command and control centre. However, none of the proposed purchases was finalised, reported *Tempo*.

## Fresh allegations

Dutch oil trader Niels Troost told Tempo that he accompanied Srivastava to Prabowo's residence in West Java in 2022.

Troost further alleged that Srivastava claimed he had helped identify those behind the 2002 Bali bombings and assisted in removing Prabowo from a long-standing US immigration blacklist. He said that Srivastava displayed detailed knowledge of Prabowo's personal habits.

**Also Read:** Four octogenarian members of Indian-origin family die in US car crash

Indonesia's Defence Ministry confirmed the preliminary agreements but said they were not legally binding.

"The entire process of Indonesian defence cooperation and procurement is always carried out with utmost caution, prioritising the principles of good governance, national interest, and compliance with applicable mechanisms and regulations," Sirait said.

## Civil lawsuits

The investigation also alleged that the four companies controlled by Srivastava were shell companies that were later deregistered for failing to pay taxes.

Troost has filed civil lawsuits in the US, alleging Srivastava falsely claimed CIA links and transferred a 50 per cent stake in his company based on those claims.

In court filings, he described Srivastava as "a brazen con man of remarkable skill." The lawsuits also allege Srivastava diverted part of a USD 51 million loan intended for the Arsari Group to buy a $25 million Los Angeles mansion.

Srivastava has denied falsely claiming to be a CIA agent, calling the allegations "gross fabrications."

Indonesia Defence deal

Next Story

THE WEEK
JOURNALISM WITH A HUMAN TOUCH

# Who is Gaurav Srivastava? Indian-origin businessman posed as CIA agent to procure Indonesian defence deals

An Indian-origin businessman named Gaurav Srivastava is accused of impersonating a CIA agent to secure billion-dollar defense deals in Indonesia by cultivating relationships with senior officials, including President Prabowo Subianto

The Week News Desk

Updated - July 06, 2026 04:55 PM IST
3 minute Read



Highlights

- **An Indian-origin businessman, Gaurav Srivastava, is accused of posing as a CIA agent to secure nearly a billion dollars in preliminary defense deals in Indonesia**
- **Srivastava allegedly cultivated relationships with senior Indonesian officials, including President Prabowo Subianto when he was Defense Minister, and claimed to be operating under "non-official cover" with high-profile figures**
- **Companies controlled by Srivastava secured five preliminary agreements for major defense equipment, but the deals did not proceed, and the companies involved were later deregistere**

An Indian origin businessman has been accused of posing as a CIA agent to get preliminary defence deals worth a billion dollars in Indonesia after developing ties with senior officials.

The accused Gaurav Srivastava built a relationship with Indonesian President Prabowo Subianto while he was serving as Defence Minister, according to an investigation by Indonesian media outlet Tempo.

The report states that Srivastava introduced himself to officials and business leaders as a CIA operative, and he was nicknamed Mr G by Prabow.

His reported objective was to gain highly lucrative top-tier defence procurement contracts.

**Who is Gaurav Srivastava?**

According to the Tempo investigation, Neil Troost, a Dutch oil executive, first met Srivastava when his company was facing sanctions for trading Russian oil. The businessman introduced himself as a CIA agent operating under “non-official cover” alongside high-profile figures like Elon Musk and Warren Buffett.

Indonesian political and business elites reportedly readily accepted Srivastava as an American spy.

He had also claimed to have close ties to former NATO Supreme Allied Commander General Wesley Clark and White House officials, giving him credibility.

Srivastava reportedly used his charisma to become close friends with the Indonesian leadership.

During the Global Food Security Forum in Bali in November 2022, Srivastava introduced Prabowo as a “dearest friend,” a sentiment Prabowo warmly reciprocated.

His entrance into Prabowo's inner circle happened during a 2022 visit to Garuda Yaksa Prabowo's residence in Hambalang, West Java. Srivastava reportedly gifted him a massive wooden eagle statue, which he claimed was a tribute ot the US and the CIA.

Troost recalled to Tempo that Srivastava allegedly said that he helped identify those responsible for the 2002 Bali bombings and played a role in getting Prabowo removed from a long-standing US immigration blacklist. The Indonesian leader was on the list for alleged human rights abuses during his military career.

Between 2020 and 2022, companies controlled by Srivastava secured five preliminary agreements from Indonesia's Defence Ministry and a state-owned defence company, according to the OCCRP-Tempo investigation.

The proposed deals included 36 F-15 fighter jets, UH-60 Black Hawk helicopters, C-130 transport aircraft and a joint operations command and control centre for Indonesia's Defence Ministry.

Indonesia reportedly did not move forward with any of the proposed purchases.

The investigation showed that the four forms controlled by Srivastava that received the agreements were shell companies,

All four companies were later deregistered after they failed to pay taxes.

In 2022, the US approved the potential sale of 36 F-15 fighter jets and related equipment to Indonesia in a package valued at about $13.9 billion. Srivastava's companies were not mentioned in the US Department of Defence's announcement.

Srivastava also developed business ties to Hashim Djojohadikusumo, Prabowo's younger brother and chairman of the Arsari Group.

Troost filed civil lawsuits against Srivastava, alleging that he falsely claimed to work for the CIA.

The complaints cite recorded phone calls of Srivastava making the claim.

Troost said he transferred a 50 per cent stake in his company to the businessman after believing him.

He described Srivastava as "a brazen con man of remarkable skill" in his court filings.

Troost also alleged that Srivastava arranged a $51 million loan from their company to the Arsari Group. Srivastava reportedly said the money would fund a covert US government programme. However, he persuaded the Arsari group to transfer half the sum to him and used it to buy a $25 million mansion in Los Angeles.

Srivastava has rejected all the allegations. On his website, he denied presenting himself as a CIA officer and described the accusation as gross fabrications.

The case has brought attention to safeguards surrounding international defence procurements and the influence of intermediaries.

None of the proposed Indonesian defence deals was completed. However the the involvement of senior officials and political figures has brought interest to the case.

Do Not Sell or Share My Personal Information

Printed from
THE TIMES OF INDIA

# Indian-origin businessman 'poses' as CIA agent, woos Indonesian president to secure fighter jets deal, says report

TIMESOFINDIA.COM | Jul 6, 2026, 03.07 PM IST



NEW DELHI: Indian-origin businessman Gaurav Srivastava allegedly posed as a Central Intelligence Agency (CIA) operative and established ties with Indonesian President Prabowo Subianto in an attempt to secure a multibillion-dollar defence deal involving fighter jets and other military equipment, according to a report by Organized Crime and Corruption Reporting Project (OCCRP).

According to civil lawsuits filed by his former business partner, Niels Troost in California and the southern district of New York, the alleged scheme began with Srivastava claiming in recorded phone calls that he worked for the CIA.

The lawsuits allege that he leveraged those claims to gain access to senior Indonesian officials, accompanying then-defence minister Prabowo Subianto to high-level meetings in Washington, DC, and Jakarta in 2020 where military procurement was discussed.

That year, Srivastava obtained three letters of intention to purchase outlining plans for Indonesia to acquire fighter jets and other military equipment. He later secured another letter of intent and a memorandum of understanding covering two additional defence procurement arrangements in 2021 and 2022. However, none of the proposed agreements ultimately led to purchases by the Indonesian government, the report said.

Between 2020 and 2022, four companies controlled by Srivastava obtained five preliminary defence agreements

from Indonesia's defence ministry and a state-owned defence firm. During this period, Srivastava was photographed alongside Prabowo and a company executive at a signing ceremony, and the agreement was later publicly announced at a press conference.

The proposed deals included the supply of 36 F-15 fighter jets, UH-60 Black Hawk helicopters, C-130 transport aircraft, and a joint operations command and control centre for Indonesia's defence ministry. In 2022, the United States approved the potential sale of 36 F-15 fighter jets and related equipment to Indonesia in a deal valued at up to $13.9 billion.

However, corporate records showed that the four companies behind the agreements were shell entities with no prior experience in defence procurement. All were later deregistered for failing to pay taxes, and none were identified in the US defense security cooperation agency's announcement on the proposed fighter jet sale.

According to legal complaint, Srivastava also cultivated relationships with influential Indonesian business figures, including Prabowo's brother, Hashim Djojohadikusumo, chairman of the Arsari Group. The complaint alleges that Troost, believing Srivastava's claims that he was a well-connected CIA operative, transferred a 50 per cent stake in his company to him. It further alleges that Srivastava subsequently arranged a $51 million loan from their company to the Arsari Group.

Poll

How serious do you consider the allegations against Gaurav Srivastava?

Not serious Somewhat serious Very serious

The businessman has denied the allegations, describing claims that he posed as a CIA agent as "gross

fabrications" spread by his former business partner, Niels Troost, who was sanctioned by the United Kingdom, the European Union and Switzerland for trading Russian oil.

Do Not Sell or Share My Personal Information

ADVERTISEMENT



# Indian-origin man poses as 'CIA agent' to secure Indonesia defence deal: Who is Gaurav Srivastava

Edited By Navashree Nandini
Published: Jul 07, 2026, 12:20 IST | Updated: Jul 07, 2026, 12:20 IST



Indian-origin businessman allegedly posed as a CIA agent **Photograph: (X)**

ADVERTISEMENT




You May Like
Promoted Links by Taboola

'I have not felt...': Months after JD Vance's comments, Usha Vance makes BIG statement on conversion to Christianity

Lindsey Graham's final hours: Trump shares details of last conversation

Kaitlan Collins Proudly Shows Off Her Famous Partner And You Will Easily Recognize Him
Weight Loss Groove

Alliance: Sohail Khan reveals what led to divorce from Seema Sajdeh, says 'lost someon...

The Pillow Trick That Almost No One Uses Against Sleep Apnea.
derila-ergo-official.com

Fact Check: Viral photo shows Trump leaning in for a kiss with Brigitte Macron. Here is the...

## Story highlights

An OCCRP-Tempo investigation alleges Indian-origin businessman Gaurav Srivastava posed as a CIA agent to secure preliminary defence deals in Indonesia worth billions. The proposed agreements involved fighter jets, helicopters and military systems, but none were finalised.

An Indian-origin businessman is in a middle of a controversy surrounding defence deals in Indonesia. The man has been identified as Gaurav Srivastava according to a report by the

Organised Crime and Corruption Reporting Project (OCCRP). He developed close ties with senior Indonesian officials, including President Prabowo Subianto when he was Defence Minister by allegedly presenting himself as a Central Intelligence Agency (CIA) operative. He accompanied him to high-level meetings in Washington, DC, and Jakarta in 2020, where military purchases, including fighter jets and other defence equipment, were discussed. He was able to obtain as many as five non-binding preliminary defence procurement agreements for his company that investigators later identified as shell companies. Srivastava has rejected all the allegations.

ADVERTISEMENT

Also Read: BrahMos expansion, Astra imports and Sabang project collaboration to be announced during PM Modi's Indonesia visit

## Who is Gaurav Srivastava and how he operated?

Add WION as a Preferred Source Add as a preferred source on Google

You May Like Sponsored Links by Taboola

7 Checking Accounts Every Startup Needs
Mercury | Online Banking Apply Now

The Invoicing Hack That Saves Time And Money
Mercury | Online Banking Try Free

The OCCRP investigation is based on civil lawsuits filed by his former business partner, Niels Troost, in courts in California and New York. Troost, a Dutch oil executive, first met Srivastava when his company was facing sanctions for trading Russian oil. Troost alleges that Srivastava introduced himself as a CIA agent operating under “non-official cover” alongside business tycoons Elon Musk and Warren Buffett and former NATO Supreme Allied Commander General Wesley Clark. Srivastava reportedly reportedly nicknamed himself "Mr G" and soon grew close to Indonesian leaders. In November 2022, he introduced Prabowo as a “dearest friend” at the Global Food Security Forum in Bali. In the same year, he accompanied Prabowo to Garuda Yaksa Prabowo’s residence in Hambalang, West Java, where gifted him a massive wooden eagle statue, which he claimed was a tribute to the US and the CIA.

Also Read: PM Modi lands in Jakarta, India-Indonesia ties get major boost

Troost also claimed that Srivastava allegedly said that he helped identify those responsible for the 2002 Bali bombings and played a role in getting Prabowo removed from a long-standing US immigration blacklist. The Indonesian leader was on the list for alleged human rights abuses during his military career. Between 2020 and 2022, companies controlled by Srivastava secured five preliminary agreements from Indonesia's

See Who's on eharmony in Los Angeles
eharmony Sign Up

Why Russian fighter jets produce more visible smoke than US aircraft

NBA Player Isaiah Hartenstein Reveals His Father Is Black And Says He's 'Bright Skin'; The Internet Has Thoughts - Blavity
Blavity.com

Medical student from Kerala killed in Uzbekistan; family alleges forced conversion...

You May Like Promoted Links by Taboola

ADVERTISEMENT

Defence Ministry and a state-owned defence company, according to the OCCRP-Tempo investigation. The proposed deals included 36 F-15 fighter jets, UH-60 Black Hawk helicopters, C-130 transport aircraft and a joint operations command and control centre for Indonesia's Defence Ministry. The deals were non-binding and Indonesia did not go ahead with it. The investigation revealed that at least five companies controlled by Srivastava that received the agreements were shell companies.

Powered By




## Trending Stories



**'Where is he?': US flags at half-mast day after Trump's sudden hospital visit sparks speculations: Real reason is...**



**'Revenge newspape leaders in**

The probe also claimed that Srivastava developed business ties to Hashim Djojohadikusumo, Prabowo's younger brother and chairman of the Arsari Group. Troost described Srivastava as "a brazen con man of remarkable skill" in his court filings. Troost also alleged that Srivastava arranged a $51 million loan from their company to the Arsari Group. Srivastava reportedly said the money would fund a covert US government programme. However, he persuaded the Arsari group to transfer half the sum to him and used it to buy a $25 million mansion in Los Angeles.

**About the Author**

**Navashree Nandini**

Navashree Nandini works as a senior sub-editor and has over five years of experience. She writes about global conflicts ranging from India and its neighbourhood to West Asia to the **...Read More**

**Trending Topics** Gaurav Srivastava Indonesia Defence Deals

U.S. Privacy

12 Things To Cut When Living On Retirement

Seniors at CA Should Claim These Benefits

**Comparisons.org** | Sponsored

Learn more

See Who's on eharmony in Los Angeles

**eharmony** | Sponsored

Sign Up

Case 2:26-cv-00631-AH-MAR Document 94-18 Filed 07/13/26 Page 36 of 43 Page ID #:1531

NBA Player Isaiah Hartenstein Reveals His Father Is Black And Says He's 'Bright Skin'; The Internet Has Thoughts - Blavity
Blavity.com | Sponsored

Kaitlan Collins Proudly Shows Off Her Famous Partner And You Will Easily Recognize Him
Weight Loss Groove | Sponsored

**Who Charges The Least For Car Insurance In California? (Check Zip Codes)**
Many California Drivers Had No Idea They Could Do This
Auto Insurance | Sponsored
Learn more

Related Searches
Search for 2026 SUVs Seniors Clearance Sale on Yahoo. View top results now.
Yahoo | Sponsored
Learn more

Why A Weird Brass Sculpture At $87 Moves Just Like A $3000 Luxury Piece
lumozine | Sponsored



Copyright © 2025. INDIADOTCOM DIGITAL PRIVATE LIMITED. All Rights Reserved.

Case 2:26-cv-00631-AH-MAR Document 94-18 Filed 07/13/26 Page 37 of 43 Page ID #:1532

Hindustan Times

Subscribe

Home E-Paper FIFA 2026 NEW "HT Cricket" India News World News Entertainment US Iran LIV

# How an Indian-origin con man pretended to be a CIA agent to secure defence deals from Indonesian President

Gaurav Srivastava allegedly built a relationship with Indonesia's President Prabowo Subianto when he was the country's defence minister.

Updated on: Jul 6, 2026, 14:06:54 IST
Edited by Anita Goswami

Prefer HT on Google

Home Next

An Indian-origin businessman accused of posing as a CIA agent allegedly managed to get preliminary defence deals worth billions of dollars in Indonesia after developing ties with senior officials.

Home FIFA 2026 Select HT Premium Sign In

Hindustan Times

Subscribe

Home E-Paper FIFA 2026 NEW "HT Cricket" India News World News Entertainment US Iran LIV



Indian-origin businessman Gaurav Srivastava allegedly pretended to be a CIA agent to secure deals from now-Indonesian President Prabowo Subianto. (Atlantic Council)

Home Advertisement Next

Gaurav Srivastava built a relationship with Indonesia's President Prabowo Subianto when he was the country's defence minister, according to a joint investigation by the Organized Crime and Corruption Reporting Project (OCCRP) and Indonesian publication Tempo.

The preliminary agreements included plans to procure fighter jets, helicopters, transport aircraft and military command systems.

Home FIFA 2026 Premium Sign In

Intelligence Agency (CIA) agent, as per Tempo. The report said he developed a relationship with Prabowo, who reportedly nicknamed him "Mr G".

Dutch oil trader Niels Troost said he accompanied Srivastava to Prabowo Subianto's residence at the Garuda Yaksa estate in Hambalang, West Java, in mid-2022, Tempo reported.

Troost told the publication that Srivastava claimed he frequently visited and stayed at Prabowo Subianto's place. During the drive, Srivastava allegedly said he helped identify those responsible for the 2002 Bali bombings and played a role in getting Prabowo removed from a long-standing US immigration blacklist. He was in the list for around two decades over allegations linked to human rights abuses during his military career.

Powered By

Home

Next




More Stories

See Who's on eharmony in Los...

Japan's Oldest Doctors Sa... Cognitiv...

Home FIFA 2026 Premium Sign In

## Defence procurement agreements

Between 2020 and 2022, companies controlled by Srivastava secured five preliminary agreements from Indonesia's Defence Ministry and a state-owned defence company, according to the OCCRP-Tempo investigation.

The ministry issued three Letters of Intention to Purchase in 2020, followed by another letter of intent and a memorandum of understanding in 2021 and 2022.

The proposed deals included 36 F-15 fighter jets, UH-60 Black Hawk helicopters, C-130 transport aircraft and a joint operations command and control centre for Indonesia's Defence Ministry.

Advertisement

Home Next

Ad removed. Details

Photos reviewed by the investigators showed Srivastava attending signing ceremonies with Prabowo and executives from one of his companies.




No comments yet
Be the first to comment.
Write a comment...

Photos reviewed by the investigators showed Gaurav Srivastava attending signing ceremonies with Prabowo and executives from one of his companies. (Facebook/OCCRP)

That said, Indonesia did not move forward with any of the proposed purchases.

Home Next

Defence Ministry spokesperson Rico Sirait confirmed the preliminary agreements but told Tempo they were not legally binding.

Advertisement

"The entire process of Indonesian defence cooperation and procurement is always carried out with utmost caution, prioritising the principles of good governance, national interest, and compliance with applicable mechanisms and regulations," Sirait said.

Home FIFA 2026 Premium Sign In

Srivastava that received the agreements were shell companies. The report said all four companies were later deregistered after failing to pay taxes.

In 2022, the US approved the potential sale of 36 F-15 fighter jets and related equipment to Indonesia in a package valued at about $13.9 billion. The US Defense Security Cooperation Agency's announcement did not mention Srivastava's companies.

It also reported that Srivastava developed business ties with Hashim Djojohadikusumo, Prabowo's younger brother and chairman of the Arsari Group.

Advertisement

Home Next

According to Tempo, Srivastava had already faced legal disputes in California before expanding his business activities in Indonesia.

Srivastava has denied allegations that he falsely claimed to be a CIA agent, calling them "gross fabrications" on his website.

## ‘A brazen con man’

Troost has filed civil lawsuits in California and the Southern District of New York, alleging that Srivastava falsely claimed to work for the CIA. The complaints cite recorded phone calls in which Srivastava allegedly made those claims.

Troost's complaint also alleges that Srivastava arranged a $51 million loan from their company to the Arsari Group. According to the complaint, Srivastava said the money would fund a covert US government programme.

Advertisement

Home Next

Instead, he allegedly persuaded the Arsari Group to transfer nearly half the loan to him and used the money to buy a $25 million mansion in Los Angeles. The complaint further alleges that he tried to obtain the rest of the loan, but the Arsari Group refused.