Paul B. Salvaty (Bar No. 171507)
Email: psalvaty@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendants Gaurav Srivastava, Cedar West Ventures, LLC, Unity Resources Group, Inc., Orbimo Corporation, Unicom Worldwide, Inc., Birdsong Central LLC, Aurora Point LLC, and The Gaurav Srivastava Foundation f/k/a The Gaurav and Sharon Srivastava Family Foundation

COHEN WILLIAMS LLP

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

NIELS TROOST, et al.,

Plaintiffs,

v.

GAURAV SRIVASTAVA, et al.,

Defendants.

Case No. 2:26-cv-00631-AH-MAR

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR ENTRY OF [PROPOSED] STIPULATED FINAL JUDGMENT**

Judge: Honorable Anne Hwang

Trial Date: Not set

The Court, having read and considered the concurrently-filed Stipulation to Extend Time To Respond to Motion for Entry of [Proposed] Stipulated Final Judgment Against Defendants Owen Onouye and Global Energy Law Group P.C. Under Rule 54(b), and for good cause showing, hereby rules as follows:

The Stipulation is GRANTED.

1. Non-Settling Defendants shall file responses to the Motion on or before July 29, 2026. Plaintiffs shall file any reply to the Motion on or before August 12, 2026.

2. The parties agree that the Motion may be heard on September 9, 2026, at 1:30 p.m., or whichever alternative date is most convenient for the Court.

IT IS SO ORDERED.

Dated: ______________________________

______________________________
Honorable Anne Hwang
United States District Court Judge

COHEN WILLIAMS LLP