Paul B. Salvaty (Bar No. 171507)
Email: psalvaty@cohen-williams.com
COHEN WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone: (213) 232-5160
Facsimile: (213) 232-5167

Attorneys for Defendants Gaurav Srivastava,
Cedar West Ventures, LLC, Unity Resources
Group, Inc., Orbimo Corporation, Unicom
Worldwide, Inc., Birdsong Central LLC,
Aurora Point LLC, and The Gaurav Srivastava
Foundation f/k/a The Gaurav and Sharon
Srivastava Family Foundation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NIELS TROOST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAURAV SRIVASTAVA, et al.,<br><br>Defendants. | Case No. 2:26-cv-00631-AH-MARx<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR ENTRY OF [PROPOSED] STIPULATED FINAL JUDGMENT    [98]**<br><br>Judge:   Honorable Anne Hwang<br><br>Trial Date:         Not set |

COHEN WILLIAMS LLP

The Court, having read and considered the concurrently-filed Stipulation to Extend Time To Respond to Motion for Entry of [Proposed] Stipulated Final Judgment Against Defendants Owen Onouye and Global Energy Law Group P.C. Under Rule 54(b), and for good cause showing, hereby rules as follows:

The Stipulation is GRANTED.

1. Non-Settling Defendants shall file responses to the Motion on or before July 29, 2026.  Plaintiffs shall file any reply to the Motion [88][89] on or before August 12, 2026.

2. The hearing on the motion is continued to September 9, 2026, at 1:30 p.m.

IT IS SO ORDERED.

Dated:    JULY 15, 2026

_____

Honorable Anne Hwang
United States District Judge

1