# Exhibit 3

## DECLARATION OF MATTHEW PETERS

I, **MATTHEW PETERS**, declare the following under penalty of perjury under the laws of the United States of America:

1. I am of sound mind, over the age of 18, and otherwise competent to make this statement. This statement is a first-hand account based on my own observations, except where indicated. It is a summary of some of the relevant events, but does not include each and every fact that I observed or learned during the events described in my statement. To the extent this statement includes my recollection of statements made by others or me, I am reporting those in sum and substance and in part, unless I specifically say otherwise.

2. I currently reside in the United Kingdom.

3. I own and operate Tickmorend Farm, a rental property in Goucestershire, United Kingdom. In around early 2020, Tim and Jane Ryan introduced me to Gaurav Srivastava (Srivastava), who told me he and his family were looking for a place to rent during the COVID-19 pandemic.

4. Srivastava paid the first two weeks' rent up front and moved in with his family, which included his wife, Sharon Srivastava, their two children, and an au pair.

5. During their time there, I observed Srivastava frequently walking around the garden speaking on his cell phone and meeting with people.  After meetings, Srivastava would often brag to me that he had been meeting with a former military person, or a former special forces operator, or someone similar. Everyone, according to Srivastava, was someone important.

6. I recall in particular that one time Srivastava met with someone named "Rupert" or something similar. Srivastava told me he was the former head or otherwise a former high-level official of the SBS, which is the Special Boat Service, an elite special forces unit of the Royal Navy (basically the UK's equivalent to the U.S. Navy Seals).

7. Once, when the Srivastava family was living there, I found a document blowing around the garden that was a tender for some military vehicles being sold to a Southeast Asian country. I also found a business card for someone from a drone manufacturer.

8. Srivastava told me that he was involved with a company called "Rokit," with which I was familiar, as it was a sponsor or co-sponsor of an F1 team. He told me they were trying to create a low-cost mobile phone network across India and that his father held a high-level position in the Indian government. I believe Srivastava may have said his father was the former Minister of Telecoms or had been high up in the ministry.



Declaration of Matthew Peters
Page 2

9. Srivastava had an email address, "Chairman.G@numotech.com" which he used to
send me a copy of his California driver's licence in this email dated 20 March 2020:

From: chairman G <chairman.g@numotech.com>
Date: 20 March 2020 at 13:28:18 GMT
To: ▮▮▮▮▮▮▮@gmail.com
Subject: ID

<image0.jpeg>



10. Srivastava told me that he was a partner or investor in Numotech, a company that
was creating "inflatables" for use in the military for limb injuries and diabetes
treatment. He also said he ran an online pharmacy business. He told me he could
obtain some of the COVID-19 drugs available in the United States, including the drug
that President Trump, at the time, had publicly been referencing. Srivastava had
some samples; he gave me one, which I did not take.

11. Srivastava told me that he was looking to purchase a riverfront property along the
Thames in Windsor that was the most expensive riverfront property on the market.

12. Srivastava was supposed to pay every two weeks, but as time went on, it became
more and more difficult to obtain payment. I insisted on being paid by him in
advance and told him that if he failed to pay, he and his family would have to leave. I
could not understand why it was so hard for him to pay, given that he claimed to be
involved in several successful businesses. Srivastava offered several excuses for
payment delays.

Initials: __MP__

13. Once, Srivastava said he was going to have a check sent over from the U.S. embassy in London via motorbike. He said that even though the check was coming from the U.S. embassy, it would not actually be issued by the embassy, but rather by a cover company that was secretly connected to the U.S. government.

14. Another time, in April 2020, I received an email from "Philip Johnson" at "Philip.Johnson@numotech.com" claiming that Srivastava had instructed him to make a rent payment. Here is the exchange:

> On 24 Apr 2020, at 20:17, Philip Johnson <philip.johnson@numotech.com> wrote:
>
> Dear Matt
>
> I just received message from Mr. Srivastava to be in touch with you. From my understanding, you have received the £4000.00 we sent and have not received the £2000.00 we had sent.
> I am waiting on receipt of these funds but should be in your account over weekend or Monday.
> Matt, please be assured that we are extremely concerned about this wire as it directly relates to Mr. Srivastava temporary residence. I am on top of this & will keep you posted.
>
> Thank You
>
> Kind Regards
> Philip Johnson

15. The money did not arrive. Srivastava arranged for me to have a call with him and "Philip Johnson." It was a strange call. The person, "Johnson", had a strong Bronx accent and explained that there was a delay in sending the money. During the call, "Johnson's" Bronx accent changed into a slightly Asian accent, which was odd, and so I asked "Gaurav, is that you?" The line then went dead. I thought it was strange and looked into the "robert.greenberg@fitzgeraldkushner.com" domain name (also cc'd on the emails) but I could not find any reference online, Linkedin or through the Whois database.

16. Later the same day as the strange telephone call with "Philip Johnson", I was shoveling gravel as part of a pool project. Srivastava joined me and we started shoveling together; Srivastava's assistance was out of character based on my interactions with him to that point. While we shoveled together, Srivastava told me a story about a mission in which he had jumped out of a U.S. military plane over Afghanistan. Srivastava said it was a U.S. military cargo plane (he identified the aircraft by a number, but I cannot recall it) that had been disguised to resemble a Federal Express or UPS freight plane. Srivastava said the plane was painted that way for secrecy. He told me in sum and substance, "You can probably read some of the stories of what we got up to there." From our conversation that day, I understood that Srivastava was claiming to have worked for the U.S. military or for black ops, though he did not provide any other specifics.

17. After Srivastava and his family left the UK in 2020, I continued to receive hundreds of letters addressed to Srivastava relating to non-payment of various debts including, for example, parking tickets and unpaid rent for a residence in London. One time, bailiffs came to the property looking for him over unpaid debts.

18. I have never to my knowledge been contacted by anyone at The Arkin Group. Further, I am not familiar with Niels Troost or Paramount Energy & Commodities.

Initials: __MP__

19. I have fully read, understood, and considered every statement in this declaration, all of which are true to the best of my recollection. I have had an opportunity to and did consult an attorney about the contents of this statement. I understand that this declaration may be used in connection with civil and criminal matters in multiple jurisdictions, and that false statements in this document might subject me to prosecution for perjury or other similar crimes. I have not been offered any benefits, not received any benefits, not been made any promises of future benefits, and I have no expectation of receiving any benefits from  any third parties in exchange for signing this statement. I am doing so of my own free will and because I believe the facts to which I am attesting are true.

I, **MATTHEW PETERS**, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 12 April 2026

MPeters

Initials: __MP__