**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NIELS TROOST; PARAMOUNT ENERGY & COMMODITIES SA, in liquidation; PARAMOUNT ENERGY AND COMMODITIES DMCC; PARAMOUNT ENERGY & COMMODITIES, INC.; and EZI-DIAROC HOLDING SA, <br><br> *Plaintiffs*, <br><br> vs. <br><br> GAURAV SRIVASTAVA a/k/a "G" a/k/a "Martin Dukeheimer Berg" a/k/a "Philip Johnson"; SHARON SRIVASTAVA; NICOLAS BRAVARD; CEDAR WEST VENTURES, LLC; UNITY RESOURCES GROUP, INC.; ORBIMO CORPORATION; UNICOM WORLDWIDE, INC.; 1234 HOLDING SA; BIRDSONG CENTRAL LLC; AURORA POINT LLC; THE GAURAV SRIVASTAVA FOUNDATION, f/k/a The Gaurav and Sharon Srivastava Family Foundation; GLOBAL ENERGY LAW GROUP PC; OWEN ONOUYE; THOMAS GIORDANO-LASCARI; and JOHN MAGUIRE, <br><br> *Defendants*. | Case No.: 2:26-cv-00631-AH-MAR <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTIONS TO DISMISS/ANTI-SLAPP MOTIONS** <br><br> Judge: Hon. Anne Hwang |

1

The Court, having read and considered the concurrently-filed Stipulation to Extend Time to Respond to Motions to Dismiss/Anti-SLAPP Motions, and for good cause showing, hereby rules as follows:

The Stipulation is GRANTED.

1. Plaintiffs shall file responses to the Motions on or before August 26, 2026. Stipulating Defendants shall file any reply to the Motion on or before September 16, 2026.

2. The Motion is set for hearing on October 7, 2026, at 1:30 p.m. in Courtroom 9C of the Felicitas and Gonzalo Mendez United States Courthouse, 350 W. 1st Street, Los Angeles, California 90012.

IT IS SO ORDERED.

Dated:           *8/12/26*                                _____
                                                          Honorable Anne Hwang
                                                          United States District Court Judge

2