ROSEN ✧ SABA, LLP
RYAN D. SABA, ESQ. (State Bar No. 192370)
rsaba@rosensaba.com
ALLISON OWENS, ESQ. (State Bar No. 347908)
aowens@rosensaba.com
2310 Rosecrans Ave, Suite 3180
El Segundo, CA 90245
Telephone: (310) 285-1727
Facsimile: (310) 285-1728

JASON A. MASIMORE, ESQ. (*pro hac vice*)
jason.masimore@brodbeckslaw.com
BRODBECKS LAW, PLLC
305 Broadway, 7th Floor
New York, NY 10007
Telephone: (347) 804-1093

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NIELS TROOST; PARAMOUNT ENERGY & COMMODITIES SA, in liquidation; PARAMOUNT ENERGY AND COMMODITIES DMCC; PARAMOUNT ENERGY & COMMODITIES, INC.; and EZI-DIAROC HOLDING SA,

Plaintiffs,

vs.

GAURAV SRIVASTAVA a/k/a "G"; SHARON SRIVASTAVA; NICOLAS BRAVARD; CEDAR WEST VENTURES, LLC; UNITY RESOURCES GROUP, INC.; ORBIMO CORPORATION; UNICOM WORLDWIDE, INC.; 1234 HOLDING SA; BIRDSONG CENTRAL LLC; AURORA POINT LLC; THE GAURAV SRIVASTAVA FOUNDATION f/k/a The Gaurav and Sharon Srivastava Family Foundation; GLOBAL ENERGY LAW GROUP PC; OWEN ONOUYE; THOMAS GIORDANO-LASCARI; and JOHN MAGUIRE,

Defendants.

Case No.: 2:26-cv-00631-AH-MAR

**PLAINTIFFS' RESPONSE TO THE SRIVASTAVA DEFENDANTS' OBJECTION (ECF NO. 107)**



ROSEN ✧ SABA, LLP
2301 Rosecrans Avenue, Suite 3180, El Segundo, CA 90245

Plaintiffs respectfully submit this response to the Srivastava Defendants' "Objection" (ECF No. 107) to the declarations (ECF Nos. 104-1, 104-2, and 104-3) attached to Plaintiffs' Rule 54(b) motion reply brief (ECF No. 104).

Plaintiffs' Rule 54(b) Motion (ECF No. 88) was a request to enter a consent judgment against two defendants who admitted liability and waived all appellate rights, which responded to objections Defendants raised before filing. (*See* ECF No. 84.) It addressed only the relevant legal standard: that there is "no just reason for delay." Rather focus on that question, over half of the Srivastava Defendants' 23-page Opposition attacked the allegations in the FAC. They argued the following:

- This lawsuit "is not a legitimate attempt by Plaintiffs to assert valid legal claims—it is part of a multi-year effort by Plaintiff Niels Troost … to use the U.S. courts and the U.S. litigation process to bury his adversaries and advance his extra-judicial goals." Plaintiffs' claims are "implausible." (at 1.)
- Onouye's Declaration "contains 'sworn' statements that [are] patently false, improbable, or internally inconsistent." (at 3.)
- "This action is the latest in a line of baseless lawsuits that Plaintiff Troost and his agents have filed against Defendant Srivastava and others around the world." (at 4.)
- Troost "falsely cast Srivastava as a 'fake spy' and a fraud." His "'fake spy' allegations against Srivastava have been thoroughly debunked and are facially preposterous." "The Arkin Group exposed Troost's false narrative." "Troost's 'fake spy' narrative raises substantial questions of plausibility." "Troost made similar 'fake spy' allegations against another individual." (at 9 & n6.)
- "Among other things, they added immaterial allegations about … the Srivastavas' time living in the UK … and conversations the Srivastavas supposedly had with friends or acquaintances in private settings." (at 10.)
- The RICO case is a "facially absurd attempt to recast a foreign business dispute as a RICO conspiracy" built on "190 pages of fake-spy nonsense." (at 23.)





ROSEN ✧ SABA, LLP
2301 Rosecrans Avenue, Suite 3180, El Segundo, CA 90245

The Opposition repeatedly attacked the veracity of Troost's claims that Srivastava posed as a CIA operative, and cast allegations about UK conversations as "immaterial," implying the allegations were inappropriate. The declarations contain facts directly rebutting these attacks. Three independent UK witnesses, with no connection to Plaintiffs or Onouye, witnessed Srivastava do what Plaintiffs allege:

- **Ms. Challinor swears that**: One time [in early 2020] I was in my neighbour's cottage and Gordon Conroy, Gaurav Srivastava, Srivastava's wife, Sharon, and a young American man in his 20's were all present. There, Gaurav Srivastava talked about himself and how he supposedly knew the young American man. … Srivastava claimed that the young man's parents were both senior members of the CIA whom he had met when the parents and Srivastava all had purportedly served in the CIA together. Srivastava claimed he had gone on secret missions to Africa for the CIA. He also suggested that he had recruited the young man for the CIA and was then working with him in that capacity. … I asked Srivastava why he was in the UK if he worked for the CIA …. Srivastava replied that he liked the English way of life and that he had a lot of business contacts in England. (ECF No. 104-1 at ¶ 7.)
- **Mr. Ryan swears that**: While Conroy and G[aurav Srivastava] were living in Gloucesterhire, Conroy invited G to my house. While G was there, we took a walk. During our walk, G described himself as working for the U.S. government in a clandestine role. G claimed to have worked with a lot of U.S. government agencies, that he was involved in Washington, that he was politically connected, and that he was connected to the security services such as the … CIA[]). He made it sound mysterious by cryptically saying that he could not tell me more about what he did. (ECF No. 104-2 at ¶ 8.)
- **Mr. Peters swears that:** Once, Srivastava said he was going to have a rent check sent over from the U.S. embassy in London via motorbike. He said that even though the check was coming from the U.S. embassy, it would not

ROSEN ✧ SABA, LLP
2301 Rosecrans Avenue, Suite 3180, El Segundo, CA 90245

actually be issued by the embassy, but rather by a cover company that was secretly connected to the U.S. government. While we shoveled [gravel] together, Srivastava told me a story about a mission in which he had jumped out of a U.S. military plane over Afghanistan. Srivastava said it was a U.S. military cargo plane…that had been disguised to resemble a Federal Express or UPS freight plane. Srivastava said the plane was painted that way for secrecy. He told me in sum and substance, "You can probably read some of the stories of what we got up to there." (ECF No. 104-3 at ¶¶ 13, 16.)

Plaintiffs ignore these paragraphs in their "Objection" for good reason—not only did all of these witnesses confirm from first-hand knowledge that Srivastava poses as a U.S. intelligence operative, but, like Onouye, they all also confirmed that their accounts were not included in the The Arkin Group's investigation, which the Srivastava Defendants argued in their Opposition "debunked" Plaintiffs' allegations that Srivastava posed as a U.S. intelligence operative. Accordingly, the declarations were textbook rebuttal: the Opposition explicitly challenged the credibility and legitimacy of Plaintiffs' claims; the declarations answer that challenge with corroborating evidence from disinterested third parties.

The declarations do not relate to the Rule 54(b) standard because they rebut the Opposition's 15-plus pages of irrelevant collateral attacks on Plaintiffs' case. Their tactical decision to argue their substantive defense case to the Court provoked a substantive rebuttal citing evidence from disinterested witnesses corroborating the allegations attacked. They have no legitimate "objection" to Plaintiffs' justified reply, a fact laid bare by their tactical omission of any sworn statement by Gaurav or Sharon Srivastava denying the witnesses' accounts. We respectfully submit there is no reason for this Court to allow the Srivastava Defendants a sur-reply to Plaintiffs' rebuttal to points raised in the Srivastava Defendants Opposition irrelevant to whether the Court should enter judgment against Onouye and Global Energy Law Group who have waived appeal and are ready to satisfy the judgment.

ROSEN ✧ SABA, LLP
2301 Rosecrans Avenue, Suite 3180, El Segundo, CA 90245

Dated: August 17, 2026

ROSEN ✧ SABA, LLP

By: /s/ Ryan D. Saba
RYAN D. SABA, ESQ.
ALLISON OWENS, ESQ.
Attorneys for Plaintiffs

BRODBECKS LAW PLLC

By: /s/ Jason A. Masimore
JASON A. MASIMORE, ESQ.
(*pro hac vice*)
Attorney for Plaintiffs

ROSEN ✧ SABA, LLP
2301 Rosecrans Avenue, Suite 3180, El Segundo, CA 90245